SOCIETAS REPUBLICAE EA AL MAURIKANOS / MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT

NON-NEGOTIABLE NYS Claim # 201605250244168    United States Post Cert Mail # 7013 1090 0002 1727 2712

**CV17-6203**

| Constitutional Challenge to Intervention(s); Any ORDER/ Final Decision on the Merits thereof |
|---|

**AFFIDAVIT OF FACT-ACCUSATORY INSTRUMENT**

A Security (15 USC)A USSEC
Tracer Flag  Not a point of Law

**AND REQUEST FOR INJUNCTION**

| Bond Number SAELBEYO80002 United States Post Office Registered Mail Number RE938611973US |
|---|

NOTICE OF REMOVAL TO FEDERAL COURT;
Request for Common Law Jurisdiction  Article III Judge
defendant(s) may respond within 72 hours

NYS Non- UCC filing  # 201605250244332 for details incl' but not limited to  Certificate of  title to the Eng Legis.

Stanley Aristilde El-Bey **Ex. Rel.** STANLEY ARISTILDE In Propria **Persona Sui Juris; Sui Heredes Claimant(s)**

v.

District of Columbia dba "United States" Corporation, State of New York, County of Queens, New York City Police Department  et al  including but not limited to all parties listed additionally as CEO (s)/Profitor (s)/ Administrator (s)/ Trustees (s)/Beneficiary (ies)/Administrator(s)/ Trustee (s) hereafter Respondents in the Official / Private Capacity
**CR-030455-17QN**

Defendant(s)

Affidavit of Fact - CounterClaim due to violations of equal protection under the Laws of the untied States of America.

Counterclaim (FEDERAL QUESTION) in 337 proceeding in fact
**42 USCS 1981 "Municipality liabilities"**
US Government of the District of Columbia [9/30] [6/30]
EIN# 536001131 [HHS],  as Defined in IRC Codes 3121(e) et al
NEW YORK D-U-N-S #  132228052  [3/31] [12/30]
EIN# 146013200 [HHS]

IGNORANCE OF THE LAW IS NO EXCUS

**RECEIVED**
**OCT 10 2017**
**PRO SE OFFICE**

**ROSS, J.**

**BLOOM, M.J.**

**ORIGINAL**

Claimant / Creditor: Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE In Propria Persona Sui Juris; Sui Heredes    **trial by jury of peers** (Moors / Moorish-Americans / al-moroccans /"we the people" of the land )

Defendant(s) / Debtor(s) / Caveat actors (foreign AGENTS in fact): "District of Columbia" dba "United States" Corporation, State of New York a enclave / subdivision thereof, County of Queens, New York City Police Department et al including but not limited to:

- nadle,lauren *spouse* dba "POF" NADLE,LAUREN TAX NO. 957886 OF THE 101 PRECINCT  Highway men/commercial mercenaries OF THE "NYPD"
- rosaachi,alexander *spouse* DBA "SGT" ROSASCHI, ALEXANDER TAX NO. 947436 OF THE 101 PERCINCT Highway men/commercial mercenaries OF THE "NYPD"
- padovani,brian *spouse* DBA PADOVANI,BRIAN TAX NO. 944872 OF THE 101 PERCINCT Highway men/commercial mercenaries OF THE "NYPD"
- jefferson *spouse* DBA JEFFERSON , ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK  "AP 6"
- JOHN DOE *spouse* DBA ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6"  FIRST CALL FOR DOCKET # CR-030455-17QN  WHICH INCLUDED Rothberg,russell  DBA RUSSELL ROTHBERG ATTORNEY AT LAW 273 MERRICK ROAD LYN BROOK, NEW YORK

For this Claim; et al the Parent Corporation of the Highway men/commercial mercenaries of the STATE OF NEW YORK is a subsidiary of THE UNITED STATES CORPORATION pursuant to the Organic Act of 1871
*In toto et pars continetur.*

Let it be known:

Due to overt constitutional and treaty violations (improper venue; want of jurisdiction; inducement to fraud; breach of contract; et al) the National is requesting this unlawful action be expedited to Federal Court to redeem/ Reddaee stolen property classified as "ARREST EVIDENCE". In reference to "random stops of automobiles to inspect document and equipments. Police Agents/ Highway men/commercial mercenaries OF THE "NYPD" may not randomly stop automobile being driven on the public by ways and high ways for the



UCC 1-207, 1-103, 1-203,  8-103 Counterclaim /removal to federal Court    RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*

28 U.S.C. §§ 1446, 1447, 337(c); et al  deemed executed pursuant to title 42  sec. 1981, 1982, 1983, 1985 et al
Truth A-1 AA222141 (142 & 143); AUTOCHTHON and AUTONOMUS STANDING   **8 U.S.C. § 1701**
We the People the true Sovereign Authority have a right to bring **Peoples' oversight** any time it is required under the Law of Necessity

SOCIETAS REPUBLICAE EA AL MAURIKANOS / MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT
NON-NEGOTIABLE    NYC Claim # 2011PI002168    United States Post Office Certified Mail # 7013 1090 0002 1727 2712

purposes of checking operators drivers license, insurance policy"; et al. Unalienable rights, protected by 1938 NEW YORK Constitution and 1938 BILL OF RIGHTS, where my right of travel has been violated in the past and I suffered from physical and emotion pain, mental anguish; et al. The National also suffered a great deal of stress, duress and corrosion thru corrosive tactics by the state actors. Being unlawfully detained, being held for ransom which is being misconstrued as "set bail", stolen property being held in "safe keeping" and / or as "arrest evidence" is abuse of process in fact. Acceptance of offers ("COP OUT") by the Corpus Delicti / Moorish National / General Executor / Beneficiary which leads to defamation of character is in fact inducement to fraud, aggravated assault and battery just to name a few overt violations. Unalienable rights were violated collectively by ALL state actors in fact: protected by 1938 NEW YORK Constitution (as amended) and 1938 NEW YORK BILL OF RIGHTS, Section 7. The people shall be secure in their [persons] houses, papers, and possessions from all unreasonable seizures or searches; and no warrant to search any place, or to seize any person or thing, shall issue, without describing them as near as may be, nor without probable cause supported by oath and affirmation: Challenge of the constitutionality of state statute ("penal law"; vehicle traffic laws; et al) which are defacto laws. See Clearfield Trust Co. v. United States, 318 U.S. 363-371 (1942)/Clear Field Trust Doctrine incl' but not limited to state agents acting outside the 19 enumerated powers. Even though done in good faith any intentional deprivation of constitutional rights, privileges and immunities is unconstitutional and violation of Public Law. 102-166, title I, § 101. Unlike 42 USCS 1983 (Section was formerly classified to section 47 of Title 8, Aliens and Nationality) which is now legally but not unlawfully based upon Fourteenth Amendment. Public Law 102-166, title I, § 101 is based upon the original thirteenth Amendment with 20 sections. Although Public Law 102-166, title I, § 101is a civil rights remedy, it is in nature a tort remedy which is reason to deem this Counter action proper substantive basis for redress under 42 USCS 1985(3). Slavery only exists in a Municipal Corporations in fact. As originally designed in 1866, Public Law. 102-166, title I, § 101was intended to uproot institution of slavery and to eradicate its badge and incidents and this purpose requires that the court adopt broad outlook in enforcing it. Although ALL "state actors" did in fact abuse there authority thru falsifying evidence such as a "driver license abstract" which is Negligent hiring and Negligent training in fact. Improper motive of classifying the private movements (traveling on the public highways and by-ways as "for hire" activity) for the National by the All the state actors resulted in actual intentional or reckless misuse of validly issued process for ulterior or improper motive irrelevant to the alleged purpose of securing the Criminal proceeding.. i.e. 'Abuse of process' in fact. Criminalization of my right to travel or execute acts that leads to enjoying the use to the public Highways and by-way's is Conspiracy to deprive the Moor/National of "due process" and "happiness" incl' but not limited to equal rights protections under the Law...

## AFFIVADIT OF FACT - QUO WARRANTO CR-030455-17QN
### AFFIVIDAT IN SUPPORT OF COUNTERCLAIM AND REQUEST FOR INJUNCTION

Quo Warranto requires the Respondent to demonstrate proof of the source of authority by which they exercise some right or power they claim to possess. Failure to respond, or failure to produce any legitimate letters patent, DELEGATION OF AUTHORITY FROM CONGRESS, warrant, oath is tantamount to a confession of *de son tort* by the officials in question and renders any continuing cause or action null and void.

### BILL OF PARTICULAR'S

1. DELEGATION OF AUTHORITY FROM CONGRESS
2. OATH OF OFFICE
3. PERFORMANCE BOND
4. LICENSE TO PRACTICE LAW, NOT THEIR BAR CARD
5. NATURE AND CAUSE OF ACCUSATION
6. WHAT JURISDICTION / VENUE IS THE COURT (CRIMINAL COURT; et al ) OPERATION IN.



UCC 1-207, 1-103, 1-203, 8-103 Counterclaim /removal to federal Court    RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*
28 U.S.C. §§ 1446, 1447, 337(c); et al  deemed executed pursuant to title 42 sec. 1981, 1982, 1983, 1985 et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING    8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring **Peoples' oversight** any time it is required under the Law of Necessity

SOCIETAS REPUBLICAE EA AL MAURIKANOS / MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT

NON-NEGOTIABLE    NYC Claim # 2011PI002168    United States Post Office Certified Mail # 7013 1090 0002 1727 2712

All parties (STATE OF NEW YORK agents) are charged with inducement to fraud; et al in all previous Criminal proceeding against the private man and his ESTATE TRUST/state Agency, corp. sole, dba ARISTILDE STANLEY (STANLEY ARISTILDE) and this particular transaction / CRIMINAL PROCEEDING Docketed as CR-030455-17QN is prima facie evidence of pervious fraudulent transactions between the National and ALL third persons in fact. All allegations which lead to the kidnapping/false imprisonment of the National did not include treaty violations, nor a "Corpus Delicti". The National never faced his accuser. BAR members with title of Nobility (*esquire*) did in fact trespass ALL matters without first hand knowledge of the facts for the purposes of frauds and swindles including but not limited to unlawful monetary gains (1) Show whether their state actors statutory powers are derived through the US registered corporation known as the "State of New York" or the original State of New York as defined by the 1777 Constitution of the State of New York; and (2) Produce a valid certified copy of the business registration through the U.S. Securities and Exchange Commission ("U.S. SEC") permitting the Respondents the authority to conduct business within New York State ; and (3) Produce any certified true copies of the specific warrants, letters patent, writs or sign manuals by which Respondents claim authority and jurisdiction to have lodged any charges against the estate of the Plaintiff / Creditor….

## Res Judicata

**Hagans v Lavine 415 U.S. 533.**, There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot 100. S. Ct 2501 (1980);** " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided", **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (eg. State), he / she and his / her auto, having equal rights to and on the roadways / highways as horses and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and thus, are not arrest able offenses. "POP" NADLE,LAUREN TAX NO. 957886 OF THE 101 PRECINCT stated in fact "you are being pulled over because of your tinted windows." Which is not probable cause to grant the Agent a 4th amendment warrant signed by a Article III judge and also overt violations of my privacy rights; et al Being unlawfully classified/deemed/branded as "Black"/"African-American"/ "negro"/"colored"/'sovereign citizen'; et al is in fact racial discrimination and is prohibited under the equal protection clauses. I am a private Man of the aforesaid State Republic and derivative and mediate thereof. I am also a Citizen of the united states of America as contemplated in the Constitutional Contract of 1787. The lapse of years cannot fail to raise unanswerable presumptions against validity of antiquated claims of any kind. The environment created by the state actors does create dangerous conditions and state actors must know it is dangerous to detain bodies thru color of law processes. They may not use their authority to create opportunity for 3rd party crimes to occur. Why am I unable enjoy my AUDI A6? Why was my phones seized on numerous occasions; et al. why is ransom set for an unverified debt. People die from these acts, people go crazy from these acts, and people lose property from these acts. Color of law warrants (CPL§ 530.70) issued for a Suspended license is a violation of the 4th, 5th, and 6th amendments.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for the "District of Columbia" dba "United States" Corporation, State of New York a enclave / subdivision thereof, County of Queens, New York City Police Department; et al for the Defendant(s) /Debtor(s)/ caveat actors /state actors: padovani,brian *spouse* DBA PADOVANI,BRIAN TAX NO. 944872,



UCC 1-207, 1-103, 1-203, 8-103 Counterclaim /removal to federal Court    RESPONDEAT SUPERIOR

*Love Truth Peace Freedom & Justice*

28 U.S.C. §§ 1446, 1447, 337(c); et al deemed executed pursuant to title 42 sec. 1981, 1982, 1983, 1985 et al
Truth A-1 AA222141 (142 & 143); AUTOCHTHON and AUTONOMUS STANDING    8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring **Peoples' oversight** any time it is required under the Law of Necessity

SOCIETAS REPUBLICAE EA AL MAURIKANOS / MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT
NON-NEGOTIABLE     NYC Claim # 2011PI002168     United States Post Office Certified Mail # 7013 1090 0002 1727 2712

rosaachi.alexander *spouse* DBA "SGT" ROSASCHI, ALEXANDER TAX NO. 947436, nadle,lauren *spouse* dba "POF" NADLE,LAUREN TAX NO. 957886, jefferson *spouse* DBA JEFFERSON , ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6" on date of occurrence, JOHN DOE *spouse* DBA ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6" FIRST CALL FOR DOCKET # CR-030455-17QN WHICH INCLUDED Rothberg,russell DBA RUSSELL ROTHBERG ATTORNEY AT LAW to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution. PUBLIC HAZARD BONDING OF CORPORATE AGENTS. All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Freedom of Information Act (FOIA) request in fact. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (Pub. L. 103-322, title XXXIII). The National does in fact states ALL unlawful arrest (TUNC PRO TUNC) and charges filed against the private man and the ESTATE TRUST/state Agency, corp. sole, dba ARISTILDE STANLEY (STANLEY ARISTILDE) was motivated by a ulterior Motive(meeting quota) stated a cause for counterclaim under the Laws of the District of Columbia . Whether there was probable cause is irrelevant. Warrentless arrest is prohibited by the Organic Constitution for the American Republic.

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

YOU HAVE 10 BUSINESS DAYS TO COMPLY IF YOU CHOSE NOT TO ANSWER i.e SILENCE, THEN I WILL TAKE THIS AS AND ACT OF TREASON AGAINST MY RIGHTS AS A PRIVATE MAN AND I WILL ACT UPON IT AS A GREAT FRAUD AGAINST ME AND WILL FILE CLAIM IN THE AMOUNT 1,000,0000 FOR DAMAGES OF MY LIBERTY AND FREEDOM AND WILL SEEK JUSTICE AS A REMEDY ON THE PRIVATE SIDE AS WELL AS THE PUBLIC SIDE.

## SCHEDULE OF RENT (USUFRCTARY in fact) AND associated FEES

### NOTICE HAS BEEN GIVEN

Each Respondent agrees to compensate General Executor / Guardian / Beneficiary of the "Estate Trust/State Agency, ARISTILDE STANLEY (STANLEY ARISTILDE)© (NYS Class-C License # 331540352 DUNS #009725043, NYSID #6456897k US DOT # 2878754, hereinafter "Estate", for the following violations, damages and sanctions.

- $1,000,000.00 (One Million U.S. Dollars) per year, per Respondent(s) in rent due for annual use of the Estate Title in any instance.

- $1,000,000.00 (One Million U.S. Dollars) per Respondent(s) involved for each instance of arrest or detainment and incarceration conducted by Respondents or their agents and the same amount each day thereafter until released.

- $1,000,000.00 (One Million U.S. Dollars) per Respondent(s) for each instance of impeding Affiant's commerce in anyway whatsoever or triple damages, whatever is greater.

- $1,000,000.00 (One Million U.S. Dollars) per Respondent(s) for each instance of arrest, search and seizure, detainment, damage of Estate property, court order, warrant, or charge issued by Respondent(s) or their agents and $10, 000.00 (Ten thousand U.S. Dollars) each day thereafter until released of Stolen Property.



UCC 1-207, 1-103, 1-203, 8-103 Counterclaim /removal to federal Court     RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*
28 U.S.C. §§ 1446, 1447, 337(c); et al deemed executed pursuant to title 42 sec. 1981, 1982, 1983, 1985 et al
Truth A-1 AA222141 (142 & 143); AUTOCHTHON and AUTONOMUS STANDING   8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity

SOCIETAS REPUBLICAE EA AL MAURIKANOS / MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT

NON-NEGOTIABLE        NYC Claim # 2011PI002168    United States Post Office Certified Mail # 7013 1090 0002 1727 2712

- $1,000,000.00 (One Million U.S. Dollars) per Respondent(s) for each instance or the semblance of harassment, threat or any act of terrorism or war from any one of the Respondent(s) or their agents.

5.  Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million U.S. Dollars) per count, per violation, per Respondent(s).

- Failure to respond as outlined herein $1,000,000.00 (One Million U.S. Dollars) per count, per violation, per Respondent(s).

- $1,000,000.00 (One Million U.S. Dollars) for Default by non-response or incomplete response per count, per violation, per Respondents(s).

- $1,000,000.00 (One Million U.S. Dollars) for Dishonor In Commerce – per count, per violation, per Respondent(s).

- $5,000,000.00 (Five Million U.S. Dollars) for Fraud – per count, per violation, per Respondent(s).

- $1,000,000.00 (One Million U.S. Dollars) for Racketeering – per count, per violation, per Respondent(s).

- $1,000,000.00 (One Million U.S. Dollars) for Theft of Public Funds – per count, per violation, per Respondent(s).

- $1,000,000.00 (One Million U.S. Dollars) for Conspiracy – per count, per violation, per Respondent(s).

- $1,000,000.00 (One Million U.S. Dollars) for Collusion – per Count, per violation, per Respondent(s).

- Failure to pay Claim in full within Thirty (30) Calendar Days of issuance of INVOICE – VERIFIED STATEMENT OF ACCOUNT or Default as contained herein is interest of 2.0 % per month. Thirty (30) Days from the date of Default beginning on the Thirty-first (31st) Day after Default, the penalties in interest for Failure to pay will increase to 3.0% per month until Claim is paid in full, plus interest as indicated herein.

- All Claims are stated in U.S. Dollars which means that a U.S. Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the U.S. Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (U.S. Silver Dollar) at the time of the first day of default as outlined herein, if the claim is to be paid in Federal Reserve Notes, or other certified funds, they will only be accepted at Par Value as indicated above.

- Punitive Damages will be assessed as the total amount of the damages as outlined herein times seven (7). This will be added to the original amount of damages for a total of all damages.

- The terms and conditions of this instrument/presentment, agreement and quasi-contract, contain but are not limited to a waiver on Respondent(s) part of any and all immunities Respondent(s) might claim should Respondent(s) in any way violate the General Executor and Guardian and/or the Estate and/or permit others to do so, and those acts will be deemed ultra vires, willful and gross negligence.

- The sum certain per agreement of all violations is with the Respondents consent to the SCHEDULE OF RENT (USUFRCTARY in fact) AND associated FEES contained herein and the Respondent full acceptance of all liability jointly and severally for the Claim contained herein. If any provision of this SCHEDULE OF RENT (USUFRCTARY in fact) AND associated FEES is estopped, the remaining provisions shall nevertheless remain in effect.

- Of this presentment FIRST AND FINAL NOTICE is hereby given. Take due heed, and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties. For Clarity Article III Judge may issue an order for a Forensic Audit by New York State COMPTROLLER of Any or all criminal proceeding conducted against the estate by the Respondent(s) before issuing a lawful initial response to the Claimant(s).

  UCC 1-207, 1-103, 1-203, 8-103 Counterclaim /removal to federal Court   RESPONDEAT SUPERIOR

Love Truth Peace Freedom & Justice

28 U.S.C. §§ 1446, 1447, 337(c); et al  deemed executed pursuant to title 42 sec. 1981, 1982, 1983, 1985 et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING    8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity

SOCIETAS REPUBLICAE EA AL MAURIKANOS / MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT

NON-NEGOTIABLE    NYC Claim # 2011PI002168    United States Post Office Certified Mail # 7013 1090 0002 1727 2712

Contribution among tortfeasors was sponsored by the Uniform Law Commissioners in two successive models acts in 1939 and 1955. Both embodied the principle of contribution pro rata, i.e. apportionment not in accordance with the tortfeasors respective shares of fault or responsibility but equally.

Article III Judge may itemize each violation by tallying ALL ACTIONS committed by the all state actors. Itemization may result in total amount due to the Plaintiff / Creditor for redress for punitive damages; et al

- All terms and conditions of this agreement are approved by both parties.

Lata culpa dolo aequiparatur

CHRONOS: 8/31/2017

by: _____ Stanley A. El-Bey
Corpus Delicti / Moorish National General Executor / Beneficiary / Appellant in Propria Persona Sui Juris; Sui HeredeS
ALL RIGHTS RESERVED

Bond Number SAELBEYOB0002 United States Post Office
Registered Mail Number RE938611973US

MANDATORY JUDICIAL NOTICE

UCC 1-207, 1-103, 1-203, 8-103 Counterclaim /removal to federal Court    RESPONDEAT SUPERIOR

Love Truth Peace Freedom & Justice

28 U.S.C. §§ 1446, 1447, 337(c); et al   deemed executed pursuant to title 42 sec. 1981, 1982, 1983, 1985 et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING   8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring **Peoples' oversight** any time it is required under the Law of Necessity

**NON-NEGOTIABLE**    **MASS TORT CLAIM**    NYC Claim # 2011PI002168

LEX SIMPER DABIT REMEDIUM

UNITED STATES POSTAL CERTIFIED MAIL  #   7013 1090 0002 1727 2743 ;    7013 1090 0002 1727 2736 ;    7013 1090 0002 1727 2729 ; ET AL

NYS Non- UCC filing # 201605250244332 for details incl'
but not limited to Certificate of title to the Eng Legis.

*A Security (15 USC) A USSEC
Tracer Flag Not a point of Law*

**AFFIDAVIT OF FACT- QUO WARRANTO  CR-030455-17QN**

SUMMARY IN SUPPORT OF OPPOSITION TO CLAIM EXEMPTION

# NOTICE OF ESTOPPEL INJUNCTION AND STIPULATION OF CONSTITUTIONAL CHALLENGE

Constitutional Challenge to Intervention(s); Any ORDER/
Final Decision on the Merits thereof

*FEDERAL RULES OF CIVIL PROCEEDURE Rule 18 (a) JOINDER OF CLAIMS
AND REMEDIES (a) for (2) OR MORE CLAIMS/COUNTERCLAIMS*
Request for Common Law Jurisdiction  Article III Judge
defendant(s) may respond within 72 hours

Stanley Aristilde El-Bey **Ex. Rel. STANLEY ARISTILDE** In
Propria Persona Sui Juris; **Sui Heredes**
Claimant(s)

v.

District of Columbia dba "United States" Corporation, State of
New York, County of Queens, New York City Police
Department et al including but not limited to all parties listed
additionally as CEO (s)/Proctor (s)/Administrator (s)/ Trustees
(s)/Beneficiary(ies)/ Administrator(s)/Trustees (s) hereafter
Respondents in the Official / Private Capacity
CR-030455-17QN ;et al
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Affidavit of Fact - Counterclaim due to violations of equal protection under
the Laws of the untied States of America.

Counterclaim (FEDERAL QUESTION) in 337 proceeding in fact

**42 USCS 1981 "Municipality liabilities"**
**REQUEST FOR DEFAULT JUDGMENT ENTERED BY CLERK ERCP 55 (B) (1)**
US Government of the District of Columbia [9/30] [6/30]
EIN# 536001131 [HHS] , as Defined in **IRC** Codes 3121(e);et al
STATE OF NEW YORK **D-U-N-S #** 132228052 [3/31] [12/30]
EIN# 146013200 [HHS]
**IGNORANCE OF THE LAW IS NO EXCUSE**
'Motion to be heard' Issuance of Writ of Execution   inadequate response See USPS CERTIFIED MAIL # 7017 1450 0000 0392 6786

*Desk of the Authorized Representative*

Claimant / Creditor: Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE in Propria Persona Sui Juris; Sui Heredes
( Heir Apparent;  'private attorney general' )
**Free ingress and Regress**
Defendant(s) / Debtor(s) / "caveat emptor"(s)/ caveat actors (foreign AGENTS in fact): "District of Columbia" dba "United States" Corporation, State of New York a
enclave / subdivision thereof, County of Queens, New York City Police Department et al including but not limited to:

- nadle,lauren *spouse*  dba "POF" NADLE,LAUREN TAX NO. 957886 OF THE 101 PRECINCT  Highway men/commercial mercenaries OF THE "NYPD"
- rosaachi,alexander *spouse*  DBA "SGT" ROSASCHI, ALEXANDER TAX NO. 947436 OF THE 101 PERCINCT Highway men/commercial mercenaries OF THE "NYPD"
- padovani,brian *spouse* DBA PADOVANI,BRIAN TAX NO. 944872 OF THE 101 PERCINCT Highway men/commercial mercenaries OF THE "NYPD"
- jefferson *spouse*  DBA JEFFERSON , ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK  "AP 6"
- JOHN DOE *spouse*  DBA ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6"  FIRST CALL FOR DOCKET # CR-030455-17QN  WHICH INCLUDED rothberg,russell *spouse* DBA RUSSELL ROTHBERG ATTORNEY AT LAW 273 MERRICK ROAD LYN BROOK, NEW YORK

Let it be known :

*Desk of the Authorized Representative*

In America/ Northwest Amexem land of the moors more than else where its exclsively to the courts, unaided by legislation, to determine the direction and place of legal adjustments. Claimant / Creditor: Stanley Aristilde El-Bey  Ex. Rel. STANLEY ARISTILDE In Propria Persona Sui Juris; Sui Heredes at Law  filed a "claim and delivery" including but not limited to prayer for relief. Being the Court of 'orignal jurisdiction' to issue writ of 'Quo Warranto' against the Respondents which required them (1) to show whether their claimed statutory powers are derived through the U.S. registered corporation known as the "STATE (estate) OF NEW YORK" (Mobocracy ; Defacto Organization), or the original STATE OF NEW YORK as defined by the Constitution of the State of New York 1777; and (2) to produce a valid certified copy of the business registration through the U.S. Securities and Exchange Commission ("U.S. SEC") permitting the Respondents the authority to conduct business within NEW YORK STATE; and (3) produce any certified true copies of the specific warrants, letters patent, writs or sign manuals by which the Respondent claims authority and jurisdiction to have lodged charges (based on hearsay ; *FED RULE OF EVIDENCE 802* ) against the estate of the Claimant/ Creditor.  The Claimaint outlined in the claim the

UCC 1-207, 1-103, 1-203,  8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)     RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*

(National Domicile. "Maghrib al Aqsa" )   Western Hemisphere    North Gate.    Anglia-Belgium-Amsterdam
28 U.S.C. §§ 1446, 1447, 337(c); et al  deemed executed pursuant to title 42 sec. 1981, 1982, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8 claims for unjust convictions  and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING   **8 U.S.C. § 1701**
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
**LEX TERRAE**

**NON-NEGOTIABLE**              MASS TORT CLAIM                NYC Claim # 2011PI002168
LEX SIMPER DABIT REMEDIUM
UNITED STATES POSTAL CERTIFIED MAIL  #  7013 1090 0002 1727 2745;    7013 1090 0002 1727 2736;    7013 1090 0002 1727 2729;  ET AL

alleged and uncontested facts in response to Color of law criminal actions,"Actions of "ASSUMSIT" ["Clam, Vi, Aut Precario"]by the commercial mercenaries. A adequate reply requesting written proof be provided as to (1) any signed and sealed documents from the above mentioned estates granting executor, administrator or trustee powers to the Respondents; and (2) copies of any signed and sealed bona fide contracts (Secrete) between the parties for the disputed periods in question, including specific reference to any valuable consideration and schedule of fees for any penalty breaches; and (3) Respondents **may not** submit payroll records showing payments from the State ( estate) of New York to the claimaints Estate as demonstration of fictoutous ongoing "employee" status. The claimaint is not an employee of the STATE OF NEW YORK in fact. Contribution in this territory (pursuant to the claimant and 3rd party state actors,respodeat superior) additional feature of the legislation, as adopted in several states including New York, , Michigen, and Calfironia was to allow contribution only among tortfesors who had been sued to a joint judgement. 'Procedural' due process has also been challenged thru the filing of this said claim and is proved an impediment to tort reform in fact. Restrictions in this territory had the admitted disadvatage of prepetuating this claimaint's power, as at common law, to control at his whim whether the loss was to be shared or borne only by those defendants/commercial mercenaries named herein is questionable in respect to *"the master shale answer" respondeat superior*. As to its appropriateness, Quo Warranto is a "common-law writ used to inquire into the authority by which a public office is held or a franchise is claimed." *Black's Law Dictionary 1285 (8th ed. 2004)*. It is a trusim that the law of defamtion in a modern society is dominated by the need to balance its solitude for indidivual reputation against the public's interest in freedom of speech and access to information and opinion, especailly with police making unverified claims *(Leviticus 19.13)* based on there color of law training and taking it to their co-workers located in the County District Attoney's Office. The principal *common law* casualties of constitutional doctines have beed the twin torts of defamation and invasion of privacy, this is why I the claimant filed all my counterclaims (*FED RULE OF EVIDENCE 405,406*) in a **Federal** Venue. Therefore, one of many 'Federal Question(s)' remains, does the Respondents purport to derive their power from constitutional and statutory provisions, the claimant was forced to issue such a writ as Counterclaim. The prayer for relief is in fact valid. Joint Judgement for recovery of money or property may be registered in any other district after it becomes finial or good cause shown. There exists to date no publicly available evidence to suggest the Respondents source any legitimate power from the original 1777 constitution of the STATE OF NEW YORK, but rather from the corporation registered through the U.S (SEC) and the Internal Revenue Service (IRS) of the same name operating as a business .However, without the Respondents answering the questions, this cannot be absolutely clear. In respect to police interacting with the public (Inspector General for the NYPD) most reforms, fall short. Addressing the criticism that punitive damages have become execessive, several jurisdictions have either put a 'cap' on punitive damages or limted them to aspecified ratio to compensory damages. A substitute would be proof by 'clear and **convincing** evidence', a test familiar in constitutional litaigations. To the claimants atvantage, American Courts awards for non-pecuniary damages tend to be strikingly large. This could arguably be seen to relect greater sensitivity to psychic and other non-material values in a affluent and indulent society. The tort explosion, if it be such, in this generation has been question whether such rationing serve the public interest. Why are unverified claims ("Municipality liabilities") conviction rate is so high. However, Pro se/real party in interest applicants with first hand knownledge of the facts success rate so low. Ironically, serveral highly negative freatures of the current adjucticative process contribute to that desirable goal. Because the 'FRCP' do have the force of statute, their specific provisions governing execution may preempt contrary to state laws. However, most federal statutes do not provide or even deal with specific execution proceedures leaving room for the claimaints to **create** there own remedy. They meley often  directly or indirctly state law applies. [ *What-ever !]* Constitutionally and in fact of Law and judical rulings, state-federal "magistrates-judges" or any govermenat actors, may now be held liable if they violate any Citizen's Constitutional rights. A judge is not immune for tortious acts commited in a purely Administrative, non-judical capacity.  *"Misprision of Treason"; "Malice"* Its '**private attorney general** ' role is most evident in its traditaional core area of assault, battery, and defamation, where actual injury is often difficult to prove and where the prospect of punitive damages alone provides an incentive to pursue the aggressor.

Similarly, there is no evidence whatsoever to support the Respondents are a validly registered New York State Business esstablished for the benefit of public good and therefore permitted under commercial and criminal statutes to conduct business in New York State. Unlike virtually all other government departments, it appears the Respondents have remained steadfastly unwilling to explain how they may continue to issue any letters, writs, orders or demands against persons in New York State. Public policy strongly support settlement in the interest of clearing dockets esspecially for routine cases such as most tort claim. However, this is not a routine claim. Claimant has in fact suffered from years and years of abuse. Therefore this "SUMMARY  in support of opposition to claim exemption" is valid for everyone (Caveat emptor) is accountable for his or her actions.  Next are the

 UCC 1-207, 1-103, 1-203, 8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)     RESPONDEAT SUPERIOR
Love Truth Peace Freedom & Justice

(National Domicile. "Maghrib al Aqsa" )    Western Hemisphere    North Gate,    Anglia–Belgium–Amsterdam
28 U.S.C. §§ 1446, 1447, 337(c); et al  deemed executed pursuant to title 42  sec. 1981, 1982, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8  claims for unjust convictions  and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING    8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
LEX TERRAE

   

**NON-NEGOTIABLE**      **MASS TORT CLAIM**      NYC Claim # 2011PI002168
LEX SIMPER DABIT REMEDIUM
UNITED STATES POSTAL CERTIFIED MAIL #   7015 1090 0002 1727 2743;    7015 1090 0002 1727 2736;    7015 1090 0002 1727 2729; ET AL

'danger and ' nuisance' factors. Althought liablity may be far from clear, the size of damages may cause the Bonded **Fiducairy** Coral B Amon (former chief justice) DBA Article III Judge at District Court, Kings county to encourage the Respondents to comply and offer a generous settlement to the Claimant. In more routine claims the principal actors in the of negotiating settlements on the defense side are insurance adjusters. A large part portion of successful claimants are represented by lawyers from a fairly early stages. I suffered from countless angles of mental anguish *(Tex.Civ.App. 460, 61 S.W. 978 ; 169 S.W. 370,371)* incl' being kidnapped on several occasions; physical and psychological trauma; et al ALL ACTS of abuse due to state actors schemes for financial gains thur my estate, the cruel and unusual punishment while detained unlawfully will effect me for years to come. I was forced to put most if not all my commerical energy into researching, studing and filing counterclaims to the best of my ablitity. The claims are not perfect, Not One(1) BAR member *(FED RULE OF EVIDENCE 405,406, conflit of interest, laches )* would dare to defend my interest in this manner *[constitutional counterclaim(s)].* I must be compensated *(contribution CIV. CODE ART. 3556, 1420)* for it incl' but not limited to contributory "infrigment" and "negligance" for all ultra vires, willful and gross negligence acts commited against me and my person "Estate Trust/State Agency, ARISTILDE STANLEY (STANLEY ARISTILDE) © (NYS Class–C License # 331540352 DUNS #009725043, NYSID #6456897k US DOT # 2878754) from all state actor/commercial mercenaries *(fellow servant rule ?)* who are trained and skilled in the art of monitary gains *(James 5,4–5)* thru color of law claims. The classical theory of joint liability is that of persons *[In re McCowan (1917), 177 C. 93,170P. 1100]* acting in concert, who are held 'jointly and severally' liable for each other's acts performed pursuant to the agreement to commit tort(s) *"Laesa Majestas"* against the Claimant / Creditor. Finally, the refusal of the Respondents to acknowledge the authority *[In Re Newman (1858), 9c. 502]* of the General Executor, while at the same time acknowledge the position, without providing adequate proof of how such jurisdiction over the specific above mentioned estates is ultimately derived demands clarification.

Accordingly, the Claim by Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE In Propria Persona Sui Juris; Sui Heredes Affidavit of Fact-Accusatory Instrument and request for injunction

NOTICE OF REMOVAL TO FEDERAL COURT is ACCEPTED and GRANTED. Two procedural device for a facilitating mass tort litigation deserve consideration for this said claim, consolidation and class actions. While filing Affidavits for many of my counterclaims a district court employee kindly stated, "you moors are right but you need to come to this court with a class action suit. You will never win by yourself." *Lex non intendit aliquid impossibile* I registered this statement as a research tool and investigated why Magistrates willfully block real parties in interest claims. Furturemore, remedy is not a menatal battle between 'we the people ' and belligerent Trustees who act outside the public interest. Because most mass torts litigation occurs before federal courts in the exercise of diversity jurisdiction. i.e actions between Citizens of different States or between a Citizen and a Alein. To dismiss actions that counter unlawful actives is in fact breach of mandatory duty. *Amos 5.11 "eithics" "alterior motive" "secret alliauces" et al* is what came to mind. Trustees are in place to serve 'we the people'. DID THE TRUSTEES AT THE EASTERN DISTRCT OF NEW YORK QUIT THEIR JOBS IS WHAT I ASK MYSELF EVERY TIME I FILE A CLAIM. Federal Rule 23 (a) contains four prerequisites, numersity, communality, typicality, adequacy. According to a wide held opinion in courts, mass tort cases do not qualify best as 'class action' suits because claims for damages, contrary to injunctions in antitrust cases and like, are predicated upon the unique features of each individual case, *'quantum of damages'* Suppose that government is founded on contract and that these powers are entrusted to persons who grossly abuse them. It is evident that resistance is lawfull, because the orginal contract has been breach. What ever be the principle of allegiance, a right of resitance must undoubtedly be lawfull. In customary international law, instances in which errors of substance have been invoked as a ground for vitiating consent are exemely rare. I rescind my signature on any and all documents while being unlawfully held at any facilities incl' but not limited to the A.M.K.C. ; et al all signatures were in fact done under 'force and fear'. I am in fact speaking of the providing a subsidy to economic enterprise, of ruthlessly sacrificing the individual victim's right to compensation, even of the Law as an 'engine of oppression'. Punitive damages occupy prominent place in this claim for private policy promotion, adding under-enforcement of rights as yet another important target of this protean remedy. "A fundamental change of circumstances could not be invoted it was the result of a breach by the invoking party either of the treaty or of a different international obligation owed to the other parties to the treaty."

# BILL OF COSTS

Joint Judgment having been entered in the above entitled action on against, District of Columbia dba "United States" Corporation, State of New York, County of Queens, New York City Police Department et al including

ut not imited to all parties listed dditionally as Feoffers / CEO (s)/ "Caveat emptor"(s)/ Profitor (s)/ Administrator (s)/ Trustees (s)/ Beneficiary(ies)/ Administrator(s)/ Trustees (s) hereafter Respondents in the Official / Private Capacity

Date_____ .          The Clerk is requested to tax the following as costs.

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . | $ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Compensation of court–appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | $ |
| •Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |

 UCC 1-207, 1-103, 1-203, 8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)    RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*

(National Domicile, "Maghrib al Aqsa")   Western Hemisphere    North Gate,    Anglia–Belgium–Amsterdam
28 U.S.C. §§ 1446, 1447, 337(c); et al deemed executed pursuant to title 42 sec. 1981, 1982, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8  claims for unjust convictions and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING  8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
LEX TERRAE

**NON-NEGOTIABLE**   **MASS TORT CLAIM**   NYC Claim # 2011PI002168
**LEX SIMPER DABIT REMEDIUM**
UNITED STATES POSTAL CERTIFIED MAIL #  7013 1090 0002 1727 2745 ;   7013 1090 0002 1727 2786 ;   7013 1090 0002 1727 2729 ; ET AL

**NOTICE OF ESTOPPEL INJUNCTION AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL NEW YORK STATE AND FEDERAL STATUTES WHERE** ( Isaiah 10, 1-4) No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; AND MOTION TO INTERVENE WITH AN INJUNCTION FOR Claimant / Creditor: Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE in Propria Persona Sui Juris; Sui Heredes d/b/a ARISTILDE STANLEY (STANLEY ARISTILDE) © registered agent for entity in secretary of State of the State of New York as its agent upon whom a Notice of Claim against the public corporation may be served see USPS Certified Mail #  7013 1090 0002 1727 2682 *Exodus 6, 6 " Wherefore any vnto the children of Israel, I am the Lord, and I will bring you out for vnder the burdens of the Egyptians, and I will rid you out of the their bondage , and will redeeme you with a stretched out arme, and with great judgements. !* 14th Amendment is special law (private law). I never consented in writing to be a 14th amendment citizen.

1. Joint Judgment for $_____ must be entered on in the docket of the action titled above or for its Review Docket in favor of Stanley Aristilde El-Bey Ex. Rel. ARISTILDE STANLEY (STANLEY ARISTILDE) © as Judgment Creditor and against the State of New York, County of Queens, New York City Police Department ; et al including but not limited to all parties listed additionally as Feoffers / CEO (s)/Profitor (s)/ Administrator (s)/ Trustees (s)/Beneficiary(ies)/ Administrator(s)/ Trustees (s) hereafter in the Official / Private Capacity ; et al [ United States as Defined in IRC Codes 3121(e) ] as judgment Debtor(s).

2. This Joint Judgment was registered under Public Law. 85-508, § 12 (o), July 7, 1958, 72 Stat. 349; Public Law. 100-702, title X, § 1002(a), (b)(1), Nov. 19, 1988, 102 Stat. 4664, being a Judgment that was obtained in Civil Case No._____ In the Administrative Courts of the United States / United States District Court for the Eastern District of New York and which has become FINAL.

3. I am the Judgment Creditor, and request issuance of a Writ of Execution on the Joint Judgment (s).

4. ACCRUED since the entry of Joint Judgment are the following sums.
   $_____ accrued, $_____ accrued costs.

5. CREDIT must be given for payments and partial satisfactions in the total amount of. $_____ , which is to be first credited against the judgment as entered still remaining due and bearing interest as _____ % in the amount of $_____ per day from this date.

6. The Joint Judgment is also for the title and possession of the following described property or for stated value in the event delivery cannot be had.
   _____. The judgment is for the additional sum of $_____ as _____, at percent per annum, together with the costs of court as shown in the Clerk's order of _____.

7. THEREFORE, YOU ARE COMMANDED to seize the stolen described property pursuant to "AFFIDAVIT OF FACT-ACCUSATORY INSTRUMENT AND REQUEST FOR INJUNCTION NOTICE OF REMOVAL TO FEDERAL COURT" from the "persons known to the plaintiff to have or claim an interest in the property" / "Unknown Conspirators" AND deliver possession of it to Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE In Propria Persona Sui Juris; Sui Heredes or a Designee. In the event the property or any part of it cannot be found or is unavailable so that delivery cannot be made, then out of any property belonging to United States of America Corporation, State of New York, Anna M. Kross Correctional Facility, including but not limited to all parties listed additionally as CEO (s)/Profitor (s)/ Administrator (s)/ Trustees (s)/Beneficiary(ies)/ Administrator(s)/ Trustees (s)/ Privateer(s)/ Agent(s) nadle,lauren *spouse* dba "POF" NADLE,LAUREN TAX NO. 957886 rosaachi,alexander *spouse* DBA "SGT" ROSASCHI, ALEXANDER TAX NO. 947436 padovani,brian *spouse* DBA PADOVANI,BRIAN TAX NO. 944872" jefferson *spouse* DBA JEFFERSON *spouse*, ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6" JOHN DOE *spouse* DBA ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6" FIRST CALL FOR DOCKET # CR-030455-17QN WHICH INCLUDED Rothberg,russell *spouse* DBA RUSSELL ROTHBERG ATTORNEY AT LAW 273 MERRICK ROAD LYN BROOK, NEW YORK ; et al the Judgment Debtor(s), subject to execution, cause to be made $_____ with interest from _____, at _____ percent per annum from _____, together with the costs of court and costs of executing the writ.

8. To secure the financial funds the Commissioner of any Corporation who Foreign AGENT(S)/Privateer(s) is in debt for the unlawful activities while engaged in Commerce, the oath and bond including the insurance carrier of the Commissioner and AGENT(s)/Privateer(s) must be provided. [ Pursuant to the Organic State and Federal Constitution including but not limited to the Political Code of the State of York Chapter VI, Article V, sections 210-220; et al ] Any debt obligation(s) not fully covered by the insurance carrier the Foreign AGENT / Privateer / commercial mercenary / BAR Member (*Esquire*) will be liable in his/her private capacity.

UCC 1-207, 1-103, 1-203, 8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)      RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*
(National Domicile: "Maghrib al Aqsa")   Western Hemisphere   North Gate,   Anglia-Belgium-Amsterdam
28 U.S.C. §§ 1446, 1447, 337(c); et al deemed executed pursuant to title 42 sec. 1981, 1982, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8 claims for unjust convictions and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING   8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
LEX TERRAE

**NON-NEGOTIABLE**    **MASS TORT CLAIM**    NYC Claim # 2011PI002168

**LEX SIMPER DABIT REMEDIUM**

UNITED STATES POSTAL CERTIFIED MAIL  #   7013 1090 0002 1727 2743 ;      7013 1090 0002 1727 2736 ;      7013 1090 0002 1727 2729 ;  ET AL

### Remedies:  the commission authorized to grant include: cease and desist orders.

In reference to the Defendant(s) / Debtor(s) / 'Caveat emptor'(s)/ caveat actors (foreign AGENTS ) making any such claim or allegations must notify the other party (Creditor/Claimant)  Measures which it proposed to take with respect to treaty and the grounds there of. SPECIFIC GROUNDS FOR INVALIDATING CONSENT TO BE BOUND; (1) VIOLATION OF CERTAIN PROVISIONS OF INTERNAL LAW REGRADING COMPETENCE TO CONCLUDE TREATIES. (2) Error (3) FRUAD (4) CORRUPTION OF A REPRESENTATIVE OF STATE. I did not file a claim against any Magistrate at Federal Court of Kings County, New York City. The Assignee is in fact liable for ALL acts committed after the filing of any counterclaim by the Creditor/ Claimant. Answering and Dismissing claims are outside the limited liability of the Assignee.  *Exodus 23; 1* Thou shalt not raise a report: put not thine hand with the wicked to bee an unrighteous witnesse.

- *Ezekiel 18.20 : As for his father, because hee cruelly oppressed, spoiled his brother by violence, and did that which is not good among his people, loe, even he shall die in his iniquitie*  If a right in property is actually vested, constitutional guaranties protect it from such retrospective legislation as would impair it, 20 Am Jur 2d, Sec 6., p. 76

TOTAL AMOUNT due (FULL SATIFACTION OF CLAIMS) $ _____    *Rule 18 (a) JOINDER OF CLAIMS*

TRUSTEE(S) MAY SERVE COMPLIMENTARY COPY OF THIS SAID WRIT TO ALL STATE ACTORS LISTED /UNLISTED (TUNC PRO TUNC)
LEX PURIT MENDACIUM

*SPECIAL NOTE* Article III Judge may itemize each violation *[Lex Succurrit Ingoranti]* by tallying ALL ACTIONS committed by the all state actors. Itemization may result in total amount due to the Plaintiff / Creditor for redress for punitive damages; et al. For chance medley a man forfeits his goods, but he has the power of suing for them again and of obtaining pardon. 'jus cogens and the settlement of disputes If no party had raised a lawfull objection within a period of three month the party making the notification might carry out the measure which it had proposed. See counterclaim (deemed common law counterclaims to ex po facto claims) for  2012NY005201, 2013KN004754, 2013KN11913, 2013KN088090 , 1.13 cv 1213, 1.13 cv 2956,, 1.13 cv 6851 1.14 cv 3544 ; et al and all their appeals [ joinder of claims *coram nobis, coram non judice*] & Quitclaim Deed Allodial Al Seisin in Deed incl' but not limited to 'petition to release escheated lands'; et al. [ ALL deemed discovery in fact pursuant to the right to contract as Natural Heir Apparent ( IN FULL LIFE) to the land (ITC Rule 210.27–210.32, ITC Rules 210.52–210.69)] A material breach of multilateral treaty by one of the parties entitles the other party(ies) of the treaty in whole or in part or to terminate it either in relations between themselves and the defaulting State *( Deuteronomy 32.28)* or generally. "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation. as inoperative as though it had never passed" *Norton v. Shelby County, 118 U.S. 425*

Note to Respondents.

- I accept All charges under the condition that I am not the Beneficiary of the Estate Trust/ state agency.
- I'm confused, the tax liability on the carry over for the criminal actions, is the payee responsible?
- The financial transactions are not GIFTS.
- Specific Performance Respondents and their AGENTS must have BONDS in place as SURETY to commence any criminal action. Who is furnishing the SURTY BONDS? Leads me to think is reason BAR members will not counterclaim!
- The Caveat emptor'(s)/ caveat actors (foreign AGENTS) making any such claim or allegations are not DEBT collectors. 18 U.S. Code § 1956 "laundering of monetary instruments 27 sec 280 – Corporation must have exemption letter  from IRS in Puerto Rico    Aug. 16, 1954. ch. 736, 68A Stat. 851; Pub. L. 97–248, title III, § 329 (a), Sept. 3, 1982, 96 Stat. 618.
- No evidence can be required to prove the existence of a fact which must have happened according to any general law or other public matter which the courts are bound to notice. *Canal Company v. Railroad Company, 4 Gill & John 7*

Taxation of Costs for full satisfaction of Claim(s)

The Trustee(s) is to settle ALL ACCOUNT(s) and pay the proceeds to the Heir Apparent; 'private attorney general'.. i.e. claimant

### Costs are taxed in the amount of and included in the 'joint judgment'

(STANLEY ARISTILDE) ARISTILDE STANLEY tax exempt #  AA222141
(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 945; Pub. L. 99–514, § 2, Oct. 22. 1986. 100 Stat. 2095.)

It is my intent, through use of these GSA forms, to provide the remedy to settle and close the case and all associated accounts

CHRONOS: 8/13/2017

Signature of the General Executor / Beneficiary of the Estate Trust / STATE AGENCY 'in full life'

By: _____

Corpus Delicti / A Free Moor / General Executor / Beneficiary / Appellant in Propria Persona Sui Juris, Sui Heredes ALL RIGHTS RESERVED

Bond Number **SAELBEYOB0002** United States Post
Office Registered Mail Number **RE938611973US**

UCC 1-207, 1-103, 1-203,  8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)    RESPONDEAT SUPERIOR

*Love Truth Peace Freedom  &  Justice*

(National Domicile, "Maghrib al Aqsa" )    Western Hemisphere    North Gate,    Anglia–Belgium–Amsterdam
28 U.S.C. §§ 1446, 1447, 337(c); et al  deemed executed pursuant to title 42 sec. 1981, **1982, 1983, 1985** et al
see NYS Consolidated Laws Court of Claims act section 8  claims for unjust convictions  and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING   8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
**LEX TERRAE**

ORIGINAL

RECEIVED
OCT 10 2017
PRO SE OFFICE

TRUE COPY

CA13-4587273

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
for the Eastern District
of New York
225 Cadman Plaza
Brooklyn, New York
ATTN: Douglas C. Palmer d/b/a
Clerk of Court, Ralph Veyrd

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Sai Weigh   8-16-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7013 1090 0002 1727 2729

PS Form 3811, July 2013   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
for the Eastern District (Judges Chambers)
of New York
225 Cadman Plaza East
Brooklyn, New York State
ATTN:
Carol Bayley Amon d/b/a Article III Judge

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Aug 7 2017

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7013 1090 0002 1727 2712

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

```
===================================
VANDERVEER
2319 NOSTRAND AVE
BROOKLYN
NY
11210-9997
3508870351
09/21/2017   (800)275-8777    2:26 PM
===================================

===================================
Product              Sale        Final
Description          Qty         Price

-----------------------------------
First-Class           1          $1.61
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC 20530)
    (Weight:0 Lb 3.20 Oz)
    (Expected Delivery Day)
    (Saturday 09/23/2017)
Certified             1          $3.35
    (@@USPS Certified Mail #)
    (70131090000217272750)
Return                1          $2.75
Receipt
    (@@USPS Return Receipt #)
    (95909402276663514030528)

-----------------------------------
Total                            $7.71

-----------------------------------
Credit Card Remitd               $7.71
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5246)
    (Approval #:021810)
    (Transaction #:397)


Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************


All sales final on stamps and postage
Refunds for guaranteed services only
         Thank you for your business

         HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

               Go to:
     https://postalexperience.com/Po

     840-5110-0052-002-00011-41067-02


         or scan this code with
           your mobile device:
```



TRUE COPY

CER
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530    OFFICIAL USE

| | |
|---|---|
| Postage | $2.75 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| | $1.61 |
| Total Postage & Fees | $7... |

Postmark Here — SEP 01 2017   09/21/2017

Sent To US Dept of Justice
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue Northwest
City, State, ZIP+4 Washington, District of Columbia
ATTN: Jefferson Sessions dba US Attorney (General)

PS Form 3800, August 2006    See Reverse for Instructions



# Affidavit of Fact- CERTIFICATE OF SERVICE

It is hereby certified, that on the date(s) on or around July 31, 2017, the undersigned Private Man/Beneficial Owner Stanley Aristilde El-Bey; Executor/Beneficiary/Sole Authorized Representative of the "ENS LEGIS"/ "Estate Trust/State Agency" ..., ARISTILDE, STANLEY (STANLEY ARISTILDE) mailed to,

Attn.Carol Bagley Amon  dba  Article III Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East (judges chamber)
Brooklyn, New York State

and

125-01 Queens Blvd
Kew Gardens, NY 11415

*A Security (15 USC) A USSEC Tracer Flag Not a point of Law*

**RECEIVED** AUG 2 2 2017 **PRO SE OFFICE**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Hereinafter "Recipient," the documents and sundry papers regarding ___Claim / Notice of Removal (counterclaim in fact)___ as follows,

By Certified Mail No. ___7013 1090 0002 1727 2712___ Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within New York State Republic.

The acting District Attorney and County Clerk of Queens County (interested parties) was also given Notice by placing same True Copy of the Counterclaim /Notice of Removal in a envelope(s) properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the New York State  on 7 / 31 /2017

Signature of the General Executor / Beneficiary of the Estate Trust / STATE AGENCY 'in full life'

By: _____
Corpus Delicti / A Free Moor / General Executor / Beneficiary / Appellant in Propria Persona Sui Juris; Sui Heredes ALL RIGHTS RESERVED

NOTARY PUBLIC

My commission expires: ___08/08/2020___

DATE ___8/22/17___

ARIFUL HOQUE
Notary Public State of New York
NO. 01HO6346116
Qualified in Kings County
My Commission Expires Aug 8, 2020

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

UCC 1-308, 1—103, 1-203, 8-103 Private Contract / Certificate of Service
*Love, Truth, Peace, Freedom and Justice*

(National Domicile, "Maghrib al Aqsa" )   Western Hemisphere   North Gate,   Anglia-Belgium-Amsterdam
see NYS Consolidated Laws Court of Claims act section 8  claims for unjust convictions and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING   **8 U.S.C. § 1701**
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
LEX TERRAE
Lex semper dabit remedium

Page 1

▯ORIGINAL

*Prima Facie*
*Evidence*
*of*
*Stolen*
*property*

### OFFICE OF THE DISTRICT ATTORNEY
### COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF
NEW YORK

—against—

STANLEY ARISTILDE

Defendant(s)

DOCKET NO.
CR-030455-17QN

VOUCHER NO.
4000504777

STATUS OF CASE

CLOSED

The property described below will not be required by the District Attorney of Queens County in the prosecution of the above entitled case. The property in this case is in the possession of the PROPERTY CLERK OF THE POLICE DEPARTMENT.

### DESCRIPTION OF PROPERTY

*2008 GRAY Audi*

*VIN # WAUDH74788N150869*



RECEIVED
OCT 10 2017
PRO SE OFFICE

TRUE COPY
*Desk of the Authorized Representative*

RICHARD A. BROWN
DISTRICT ATTORNEY, QUEENS COUNTY
By:

ASSISTANT DISTRICT ATTORNEY

Dated:_____ AUGUST 24, 2017

CLAIMANTS COPY

*As of oct 5, 2017 AGENTS of NYPD refused to return my ALL my stolen property*

*Prima facie Evidence; Criminalization of every day Activity)*

1070123

CR-030455-17QN

| Date Bail $ Received (Today's Date) | Time Bail $ Received |
|---|---|
| 7/26/17 | 1742 |

| Indictment # | Docket # | Defendant's Name (Last, First and M.I.) |
|---|---|---|
| | | People v. Aristilde, Stanley |

| NYSID # | Book & Case # | Offense(s) |
|---|---|---|
| 0645689 7 | 4411705862 | 170.20 |

| Name of Judge/Justice Who Set Bail | County | Court | Part |
|---|---|---|---|
| Pandit·Durant | Queens | Criminal | AP2 |

| Last Court Date Bail Was Set | Bail Amount (Numerical) | Bail Amount (Written) | |
|---|---|---|---|
| 7/24/17 | $ 1,000 - | One Thousand | DOLLAR(S) |

Check One: Cash ☑ (if check(s) or money order(s), enter number(s) and name(s) of issuing organization(s))

Check or Money Order

Describe any outstanding warrants or detainers, including surety examination, prohibiting defendant's immediate discharge. If none, write "NONE".    NONE

*TRUE COPY*

Having posted the bail amount listed above, and having read the information on the back of Copy 1 concerning bail refunds, and having been notified of any outstanding warrants or detainers prohibiting the immediate discharge of the defendant, I undertake that the defendant will appear in this action whenever required & will at all times render himself/herself amenable to the orders and processes of the court, and I acknowledge that the bail will be forfeited if the defendant does not comply with any requirement or order of process to appear in this action, and that his/her next scheduled court appearance is at 9:30 A.M. on the date and place written below:

| Date of Next Court Appearance | County | Court | Part |
|---|---|---|---|
| 8/11/17 | Queens | Criminal | AP5 |

| OBTAIN SIGNATURE OF PERSON POSTING BAIL ON COPIES 2, 3, 4, & 5 | Name of Person Posting Bail (Printed) | Occupation of Person Posting Bail |
|---|---|---|
| | Aristilde, Dave | Student |

Residential Address of Person Posting Bail (including ZIP Code)
1653 Brooklyn Ave Brooklyn, N.Y. 11210 P.H.

| Signature of Employee Receiving Bail $ | Title | Shield or ID # | Facility Recv'g Bail $ | Facility Housing Inmate |
|---|---|---|---|---|
| | CO. | 1618 | VCBC | VCBC |

### Distribution & Routing Instructions

No.1 Give to person posting bail. Bail funds are deposited not later than the next business day after their receipt. Checks for refund of bail, minus the Department of Finance three percent 3% fee will be mailed according to the notice on the back of this form from the DIRECTOR OF FINANCE OF THE CITY OF NEW YORK, Room 2200, Municipal Building, 1 Centre Street, New York, NY 10007. The three percent 3% fee will not be subtracted if the case is terminated at the trial level with a dismissal or acquittal.

COPY 1    34 R (4/91)

BAIL RECEIPT & NOTICE TO PERSON POSTING BAIL

1070124

*Prima Facie Evidence/Criminalization of Everyday Activity)*

2017 KN017407

| Date Bail $ Received (Today's Date) | Time Bail $ Received |
|---|---|
| 7/26/17 | 1751 |

| Indictment # | Docket # | Defendant's Name (Last, First and M.I.) |
|---|---|---|
| | | People v. Aristilde, Stanley |

| NYSID # | Book & Case # | Offense(s) |
|---|---|---|
| Q645689K | 4411705862 | 205.30 |

| Name of Judge/Justice Who Set Bail | County | Court | Part |
|---|---|---|---|
| Petersen | Kings | Criminal | AP6 |

| Last Court Date Bail Was Set | Bail Amount (Numerical) | Bail Amount (Written) | |
|---|---|---|---|
| 7/25/17 | $ 1— | One | DOLLAR(S) |

Check One: **Cash** | (if check(s) or money order(s), enter number(s) and name(s) of issuing organization(s))

Check or Money Order

Describe any outstanding warrants or detainers, including surety examination, prohibiting defendant's immediate discharge. If none, write "NONE".

NONE

Having posted the bail amount listed above, and having read the information on the back of Copy 1 concerning bail refunds, and having been notified of any outstanding warrants or detainers prohibiting the immediate discharge of the defendant, I undertake that the defendant will appear in this action whenever required & will at all times render himself/herself amenable to the orders and processes of the court, and I acknowledge that the bail will be forfeited if the defendant does not comply with any requirement or order of process to appear in this action, and that his/her next scheduled court appearance is at 9:30 A.M. on the date and place written below:

| Date of Next Court Appearance | County | Court | Part |
|---|---|---|---|
| 8/15/17 | Kings | Criminal | AP6 |

| OBTAIN SIGNATURE OF PERSON POSTING BAIL ON COPIES 2, 3, 4, & 5 | Name of Person Posting Bail (Printed) | Occupation of Person Posting Bail |
|---|---|---|
| | Aristilde, Dave | Student |

Residential Address of Person Posting Bail (including ZIP Code)

1653 Brooklyn Ave. Brooklyn N.Y. 11210 P.H.

| Signature of Employee Receiving Bail $ | Title | Shield or ID # | Facility Recv'g Bail $ | Facility Housing Inmate |
|---|---|---|---|---|
| | C.O. | 18118 | VCBO | VCBC |

### Distribution & Routing Instructions

No.1 Give to person posting bail. Bail funds are deposited not later than the next business day after their receipt. Checks for refund of bail, minus the Department of Finance three percent 3% fee will be mailed according to the notice on the back of this form from the DIRECTOR OF FINANCE OF THE CITY OF NEW YORK, Room 2200, Municipal Building, 1 Centre Street, New York, NY 10007. The three percent 3% fee will not be subtracted if the case is terminated at the trial level with a dismissal or acquittal.



**CIVILIAN COMPLAINT REVIEW BOARD**
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb



BILL DE BLASIO
MAYOR

MAYA D. WILEY, ESQ.
CHAIR

August 30, 2017

Mr. Stanley Aristilde El-Bey
1653 Brooklyn Avenue
Brooklyn, NY 11210
    2017 35302
RE: OCD 201707115
    2017388~2
Dear Mr. Aristilde El-Bey:

This letter is to inform you that the Civilian Complaint review Board (CCRB) acknowledges receipt of your complaint.

The CCRB has jurisdiction to investigate complaints filed against officers of the New York City Police Department that allege excessive force, abuse of authority, discourtesy or use of offensive language, including slurs relating to race, ethnicity, religion, gender, sexual orientation and disability. We have determined that your complaint does not fall within the Board's jurisdiction, either because the allegations do not fall within our jurisdiction or because the subject of the allegations is a civilian employee of the Police Department.

The Office of the Chief of Department (OCD) of the New York City Police Department reviews and processes complaints made against both uniformed and civilian members of the Police Department which questions their general performance of duties. Therefore, we have referred your complaint to the Office of the Chief of Department Investigation Review Section for processing. Once received at the appropriate investigative bureau, an investigator will contact you and will handle all further action regarding your complaint.

If you have any questions, please contact the police department at 212-741-8401. Thank you for your time and attention to this matter.

Sincerely,

Nina S. Mickens
Director of Case Management

Desk of the Authorized Representative



## LIBRARY OF CONGRESS

*Prima Facie
Evidence
for ALL matters
filed by the Claimant*

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934,** and that the attached photocopies from Volume XLVIII – the title page, the publisher's page, and pages 112 to [illegible] which appears the JOINT RESOLUTION *To assure uniform value to the coins and curre[illegible] United States,* June 5, 1933 – are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the publisher's page is m[illegible] with a Library of Congress Order Division stamp that bears the date "Jan 28 1991", and a p[illegible]d call number reading "KF50.U5 vol. 48, pt. 1 Set 2 LLRR".

IN WITNESS WHEREOF, the seal of the Library of Congress is af[illegible]d hereto on October 25, 2016.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

# THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA

FROM

MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

---

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

---

# VOL. XLVIII

IN TWO PARTS

PART 1—Public Acts and Resolutions.

PART 2—Private Acts and Resolutions, Concurrent Resolutions
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

---

## PART 1

---

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934



LIBRARY OF CONGRESS
6
JAN 2 8 1991
COPY
ORDER DIVISION

KF50
.U5
vol 48, pt 1
Set 2
LLRR

The original of every act and joint resolution printed in this volume from page 1 to page 311, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE FIRST SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON THURSDAY, THE NINTH DAY OF MARCH, ONE THOUSAND NINE HUNDRED AND THIRTY-THREE

The original of every act and joint resolution printed in this volume from page 313 to page 1291, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE SECOND SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON WEDNESDAY, THE THIRD DAY OF JANUARY, ONE THOUSAND NINE HUNDRED AND THIRTY-FOUR

All bills and joint resolutions presented to the President of the United States bear the signatures of the Speaker (or of the Speaker *pro tempore*) of the House of Representatives and of the Vice President and President of the Senate (or of the President of the Senate *pro tempore*); those signatures accordingly appear on the originals of all acts and joint resolutions.

The signature of the President of the United States appears on the originals of all approved acts and joint resolutions.

The original of every act and joint resolution has endorsed thereon a certificate of origin, signed, as the case may be, by the Clerk of the House of Representatives or by the Secretary of the Senate and reading "*I certify that this Act (or Joint Resolution) originated in the House of Representatives (or Senate)."* The origin of each act and resolution contained in this volume is indicated in the margin at the beginning of each enactment; thus, for example, H.R. 1491 or H.J.Res. 75 indicates origin in the House of Representatives; and S. 508 or S.J.Res. 14 indicates origin in the Senate.



This volume is printed on acid free paper by
WILLIAM S. HEIN & CO., INC.

[CHAPTER 46.]

## AN ACT

June 3, 1933.
[H.R. 4494.]
[Public, No. 29.]

Authorizing a per capita payment of $100 to the members of the Menominee Tribe of Indians of Wisconsin from funds on deposit to their credit in the Treasury of the United States.

Menominee Indians of Wisconsin.
Per capita payments to, from tribal funds.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Interior be, and he is hereby, authorized to withdraw from the fund in the Treasury of the United States on deposit to the credit of the Menominee Indians in the State of Wisconsin a sufficient sum to make therefrom a per capita payment or distribution of $100, in three installments, $50 immediately upon passage of this Act, $25 on or about October 15, 1933, and $25 on or about January 15, 1934, to each of the living members on the tribal roll of the Menominee Tribe of Indians of the State of Wisconsin, under such rules and regulations as the said Secretary may prescribe.

Approved, June 3, 1933.

[CHAPTER 47.]

## JOINT RESOLUTION

June 5, 1933.
[S.J.Res. 48.]
[Pub. Res., No. 9.]

Authorizing the Secretary of War to receive for instruction at the United States Military Academy at West Point, Posheng Yen, a citizen of China.

Posheng Yen, a citizen of China.
Admitted to Military Academy. Provisos.
No Federal expense. Conditions.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of War be, and he is hereby, authorized to permit Posheng Yen to receive instruction at the United States Military Academy at West Point for the course beginning not later than July 1, 1934: *Provided,* That no expense shall be caused to the United States thereby, and that Posheng Yen shall agree to comply with all regulations for the police and discipline of the Academy, to be studious, and to give his utmost efforts to accomplish the courses in the various departments of instruction, and that said Posheng Yen shall not be admitted to the Academy until he shall have passed the mental and physical examinations prescribed for candidates from the United States, and that he shall be immediately withdrawn if deficient in studies or in conduct and so recommended by the Academic Board: *Provided further,* That in the case of said Posheng Yen the provisions of sections 1320 and 1321 of the Revised Statutes shall be suspended: *Provided further,* That S.J.Res. 179, approved March 3, 1933, be, and the same is hereby, repealed.

Oath and service, waived.
R.S., secs. 1320, 1321, p. 227.
Existing law repealed.
Vol. 47, p. 1545.

Approved, June 5, 1933.

[CHAPTER 48.]

## JOINT RESOLUTION

June 5, 1933.
[H.J.Res. 192.]
[Pub. Res., No. 10.]

To assure uniform value to the coins and currencies of the United States.

Uniform value of coins and currencies.
Preamble.

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts. Now, therefore, be it

Prima Facie Evidence
of Peonage/Intisement
to
Slavery;
et al

**REGISTERED NO.** RE938612007US

| POSTMARK |
|---|

**To Be Completed By Post Office**

| Reg. Fee $ | Special $ Delivery | 0351 |
|---|---|---|
| Handling Charge $ $0.49 | Return $ Receipt | JAN 05 2016 |
| Postage $ $15.15 | Restricted Delivery $0.00 | 01/28/16 |
| Received by $0.00 | $0.00 | |
| Customer Must $0.00 Full Value $ 138.00 | $15.64 With Postal Insurance; Without Postal Insurance | Domestic Insurance USPS Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |

**To Be Completed By Customer (Please Print) All Entries Must Be in Ball Point or Typed**

$138.00

FROM: Stanley Aristilde El-Bey
℅ 1653 Brooklyn Avenue
Brooklyn, New York State

TO: Traffic Violations Bureau
625 Atlantic Ave 2fr
Brooklyn NY 11217

PS Form **3806**, **RECEIPT FOR REGISTERED MAIL** (Customer-Copy)
April 1991                    (See Information on Reverse)

---

VANDERVEER STATION
BROOKLYN, New York
112109997
3568880351-0094
01/28/2016 (800)275-8777 02:31:24 PM

——————— Sales Receipt ———————
| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|

Change of Address Info Exempt
From Fee
BROOKLYN NY 11217-2169                $0.49
Zone-1
First-Class Mail Letter
0.30 oz.
Expected Delivery: Sat 01/30/16
@@ ˮ Registered Mail                 $15.15
Insured Value:              $138.00
Article Value              $138.00
USPS Registered Mail #:
RE938612007US
                              ≈≈≈≈≈≈≈
Issue Postage:                      $15.64
                              ═══════
Total:                              $15.64

Paid by:
Debit Card                          $15.64
  Account #:        XXXXXXXXXXXXX6861
  Approval #:
  Transaction #:    155
  23903591162
  Receipt#:         002433

@@ Text your tracking number to
28777 (2USPS) to get the latest
status. Standard Message and Data
rates may apply. You may also visit
USPS.com USPS Tracking or call
1-800-222-1811.

ˮˮ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
**************************************
**************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**************************************
**************************************

Bill#:1000603196972
Clerk:05

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
    POSTAL EXPERIENCE

Go to:

USPS Certified Mail # 7013 1090 0002 1727 2729

73d CONGRESS.  SESS. I.  CHS. 48, 49.  JUNE 5, 6, 1933.          113

*Resolved by the Senate and House of Representatives of the* **United States of America in Congress assembled,** That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term " obligation " means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term " coin or currency " means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes ", approved May 12, 1933, is amended to read as follows:

" All coins and currencies of the United States (including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved, June 5, 1933, 4.40 p.m.

*Margin notes:*
Clauses in obligations requiring gold, etc., payments declared contrary to public policy

No future obligation to be so expressed.

Payments to be made in legal tender.

Conflicting provisions repealed.
U.S.C. p. 1003.
Other provisions not invalidated.

Term "obligation" defined.

"Coin or currency."

National Economic Emergency Act, amended.
*Ante,* p. 52.

Coins and currencies as legal tender.

Abrased gold coins, according to weight.

---

[CHAPTER 49.]

### AN ACT

To provide for the establishment of a national employment system and for cooperation with the States in the promotion of such system, and for other purposes.

June 6, 1933.
[S. 510.]
[Public, No. 30.]

*Be it enacted by the Senate and House of Representatives of the* **United States of America in Congress assembled,** That (a) in order to promote the establishment and maintenance of a national system of public employment offices there is hereby created in the Department of Labor a bureau to be known as the United States Employment Service, at the head of which shall be a director. The director shall be appointed by the President, by and with the advice and consent of the Senate, and shall receive a salary at the rate of $8,500 per annum.

(b) Upon the expiration of three months after the enactment of this Act the employment service now existing in the Department of Labor shall be abolished; and all records, files, and property (including office equipment) of the existing employment service

*Margin notes:*
National cooperative employment service.
United States Employment Service created in Department of Labor.
Appointment, etc., of Director

Existing service to be abolished; personnel and property transferred.

85037—34——8



## LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

*Prima Facie Evidence for All Matters Filed by the Claimant/Creditor*

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **JOURNAL OF THE HOUSE OF REPRESENTATIVES OF THE COMMONWEALTH OF PENNSYLVANIA FOR THE SESSION BEGUN AT HARRISBURG ON THE THIRD DAY OF JANUARY, 1933 (PART IV)** and that the attached photocopies – the title page, the date-stamped verso of the title page, and page 4367 on which appears Resolution No. 75, read April 17, 1933, adopted May 93 are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date November 16, 1934.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on September 21, 2015.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

# JOURNAL OF THE HOUSE OF REPRESENTATIVES

OF THE

## Commonwealth of Pennsylvania

FOR THE

### SESSION BEGUN AT HARRISBURG ON THE THIRD DAY OF JANUARY, 1933

---

PART IV

---

Harrisburg, Pa.
1933

J87
.P4
1933c

LIBRARY OF CONGRESS

NOV 16 1934

DIVISION OF DOCUMENTS

May 4.]          HOUSE OF REPRESENTATIVES          4367

Mr. Peters moved that the vote by which Resolution No. 80 passed the House be reconsidered.

Mr. Forrest seconded the motion.

The motion was agreed to.

Mr. Peters moved that this resolution be laid upon the table.

The motion was agreed to.

Mr. Witkin called up resolution No. 75.

The resolution was read as follows:

In the House of Representatives, April 17, 1933.

Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried into Spain the influence of its artistic temperament have become citizens of this Nation.

In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough ~~absorption~~ by these people of those principles which are necessary to make them good American citizens.

These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it

Resolved, That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and thorough Americanization of these ~~former~~ Moors and ~~that~~ in accordance' with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.

On the question,

Will the House adopt the resolution?

It was adopted.

Mr. Root offered the following resolution which was twice read, considered and adopted.



*Find Four Evidence for All Matters filed by the Claimant*

# MISSION STATEMENT

by The Prinicpal/Benefical Owner : Stanley Aristilde El-Bey
Pursuant to Canonum De Ius Positiyum Canons of Positive Law

*Pursuant to that Old Time Religion [Islamism] of the Asiatics of the Americas [Amexem] the Entity, STANLEY ARISTILDE (ARISTILDE STANLEY) stands for Love, Truth, Peace, Freedom and Justice { ma'at }. The entity will exist to educate and uplift fallen humanity with ALL RIGHTS RESERVED and pre-reserved by the "All". "Isonomi " - Equality (Canon 1425) of the Laws; and Equality of the People before the Laws is paramount in all activities. ARISTILDE  STANLEY (STANLEY ARISTILDE) has an unlimited "Right" (Canon 1787) to contract and to engage in all activities through the "consent" of the Prinicpal (Canon3046). All donations, funds, profits and proceeds from any transaction what so ever is the "private property" of the Prinicpal/Benefical Owner (Canon1838/3047) { nunc pro tunc }. The ENTITY is a "Estate Trust/State Agency" in Fact which may-be deemed a "Corporation Sole" with one(1) "sole member" and is in existance to maintain the well being of the Prinicpal, a servant of the "All". "Provedence" is derived from Latin meaning "prove and provide". "Logic" (Article 184 – Logic) means the science of "reasoning"; of proof (Canon 1480) of inference ; the ability of reasoning ; and a system of arrangements for individaul analysis of  the unit parts of a whole for the purpose of deriving at or arriving to a clearer understanding of that whole. In other words, Logistics is the supreme use of the "high science" known as "common sense". That is to say, be guided by scientific knowledge (Article 217 – Knowledge) of reality and share it with the unfortunates in order that they might become qualified to liberate themselves mentally and thus solve their own problems. "*

## "Man know Thyself"

*The Entity may operate in any jurisdiction, ecclesiastical ministry, business operation, as a charitable Entity, or engage in any commerical, financial, mercantile, agricultural, industrial, manufacturing, exploration, research, licensing, servicing, agency business, or any other venue whether foriegn or domestic to join or become a party to, or to form any one or more partnerships that will support in its humanitarian mission for the benefit of and to "Uplift Humanity".*

### THE SOCIAL DUTIES'

*When thou considereth thy wants, when thou beholdeth thy imperfections, acknowledge his goodness, O son of humanity, who honored thee with humanity, endowed thee with speech, and placed thee in society to receive and confer reciprocal helps and mutual obligations, protection from injuries, thy enjoyments of the comforts and the pleasures of life: all these thou oweth to the assistance of others, and couldst not enjoy but in the bands of society.*

*It is thy duty, therefore, to be a friend to mankind, as it is thy interest that man should be friendly to thee*

Excerpt From:

Circle 7, Chapter XXX, Verses 1 and 2
HOLY INSTRUCTIONS FROM THE PROPHET
House Joint Resolution 75 (read April 17, 1933, adopted May 4, 1933) is annexed to here in full

USPS Certified Mail#
7013 1090 0002 1727 2729

# THE CODE OF THE LAWS

## OF THE

## UNITED STATES OF AMERICA

### OF A GENERAL AND PERMANENT CHARACTER

#### IN FORCE

# JANUARY 3, 1935

## 1934 EDITION



CONSOLIDATED. CODIFIED: SET FORTH. AND PUBLISHED IN 1935
IN THE ONE HUNDRED AND FIFTY NINTH YEAR
OF THE REPUBLIC

*[handwritten in margin: Prima Facie Evidence For All Matters Filed by the Claimant]*

registered in the United States
Department of Justice under Truth A1-Library of Congress Copyright Office -
which reveal. At law, the conditions of Intercourse between the Indigenous
Moors and the occupational European Nations, with whom the Moors have
Treaties. This affirms the pre - existing Status of the Moors in all matters of
Interchange, Commerce and Law with the European side of the Nation.
The specific Copyright certificate of note:  Clock of Destiny Moorish
American Nationality Card of Identification, with Zodiac Constitution.
has:

≈ REGISTRATION NO. **AA222141** CLASS A ∗

THIS NUMBER REFERS TO:
THE CODE OF THE LAWS OF THE UNITED STATES OF AMERICA
OF A GENERAL AND PERMANENT CHARACTER
IN FORCE JANUARY 3. 1935    1934 EDITION
Title 22:  Chapter 2:  Section 141
TITLE 22:    FOREIGN RELATIONS AND INTERCOURSE PAGE 954
**Chapter 2:    Consular Courts**
Section 141: Judicial authority generally. To carry into full effect the
provisions of the treaties of the United States with certain foreign countries.

**Form 56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **ARISTILDE STANLEY (STANLEY ARISTILDE) ©** | **126683787** | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1653 Brooklyn Avenue**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**BROOKLYN, NEW YORK 11210**

Fiduciary's name

**Carol B. Amon DBA Article III Judge at the United States District Court Eastern District of New York DUNS#**

Address of fiduciary (number, street, and room or suite no.)

**225 Cadman Plaza East**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Brooklyn, New York State Republic 11201** | **( 718 )    613-2665** |

## Part II    Authority

1    Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . .    (2) Date of death _____

b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . .    (2) Date (see instructions) _____

c    ☑ Valid trust instrument and amendments

d    ☑ Other. Describe ► **secured party/ creditor stanley aristilde el-bey executor of SS Trust Account See GSA forms**

## Part III    Nature of Liability and Tax Notices

2    Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ► **ESTATE / GIFT taxes ,withholdings,returns et a**

3    Federal tax form number (706, 1040, 1041, 1120, etc.) ► **1040's, 1041's,1099's,1098's ; et al pursuant to publication 1212**

4    Year(s) or period(s) (if estate tax, date of death) ► **2012-2020** _____

5    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

6    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
of the items described on lines 2, 3, and 4, check here ► ☑ and list the applicable federal tax form number and the year(s) or
period(s) applicable **see CASE # :1:12-cv-02385,review / re-open matter for investigation pursuant June 17, 1930,**
**ch. 497, title III, § 337, 46 Stat. 703; Proc. No. 2695, July 4, 1946, 11 F.R. 7517,60 Stat. 1352 incl' but not limited**
**to punitive damages award to claimant ;et al JOINDER OF CLAIM(S)1:13 -cv -1213, 1:13 -cv- 2956, 1:13 -cv -6851**

## Part IV    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ► ☑
Reason for termination of fiduciary relationship. Check applicable box:

a    ☐ Court order revoking fiduciary authority

b    ☐ Certificate of dissolution or termination of a business entity

c    ☑ Other. Describe ► **Allyne R. Ross DBA Adm. Law Judge at United States District Court Eastern District of New York**

### Section B—Partial Revocation

8a    Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ► ☐

b    Specify to whom granted, date, and address, including ZIP code.
► ----------------------------------------------------------------

### Section C—Substitute Fiduciary

9    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ► ☑
► **Carol B. Amon DBA Article III Judge at the United States District Court Eastern District of New York**
**225 Cadman Plaza East        Brooklyn, New York State Republic 11201 ; et al**

**For Paperwork Reduction Act and Privacy Act Notice, see back page.**    Cat. No. 16375I    Form **56** (Rev. 12-2007)

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

**OMB Control Number: 9000-0001**
**Expiration Date: 1/31/2018**

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (M1V1CB), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF
**NEW YORK**

COUNTY OF
**KINGS**

**SS.**

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print) | 2. HOME ADDRESS (Number, Street, City, State, ZIP Code) |
|---|---|
| STANLEY ARISTILDE | c/o 1653 Brooklyn Avenue<br>Brooklyn, New York 11210 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State) |
|---|---|
| SURETY/LIFETIME | United States District Court Eastern District of New York,<br>KINGS COUNTY, BROOKLYN, NEW YORK |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (Number, Street, City, State, ZIP Code) | 6. TELEPHONE NUMBER |
|---|---|
| DEPOSITORY TRUST COMPANY<br>55 WATER STREET, NEW YORK NY 10041 | HOME -<br>BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

Case# 1:14-cv-03544,
see Optional Form 91 RELEASE OF PROPERTY FROM ESCROW  (attached)
see Standard Form 24 BID BOND (attached) see Standard Form 25 PERFORMANCE BOND (attached)
see Standard Form 25A PAYMENT BOND (attached)
see A1819394/INS REG NO A39049208-DHS/USCIS

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof)*.
see SEVEN(7) ABOVE

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

see CASE # :1:14-cv-03544,review / re-open matter for investigation pursuant June 17, 1930, ch. 497, title III, § 337, 46 Stat. 703; Proc. No. 2695, July 4, 1946, 11 F.R. 7517,60 Stat. 1352 incl' but not limited to punitive damages award to claimant ; et al JOINDER OF CLAIM(S) See 1:13 -cv -1213, 1:13 -cv- 2956, 1:13 -cv -6851

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.
Case# 1:12-cv-03544, see Optional Form 91 RELEASE OF PROPERTY FROM ESCROW  (attached)
see Standard Form 24 BID BOND (attached) see Standard Form 25 PERFORMANCE BOND (attached)
see Standard Form 25A PAYMENT BOND (attached) see A1819394/INS REG NO A39049208-DHS/USCIS

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Where Appropriate) |
|---|---|
| *Stanley A. Kirby* | |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | b. CITY AND STATE (Or other jurisdiction) | | Official Seal |
|---|---|---|---|
| MONTH **08** DAY **11** YEAR **2017** | Brooklyn, New York | | |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type or print) | d. SIGNATURE | e. MY COMMISSION EXPIRES |
|---|---|---|
| JOSEPH DEGREGORIA NOTARY PUBLIC | | July 16, 2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

**STANDARD FORM 28** (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)



JOSEPH M DEGREGORIA
Registration #01DE6209009
Qualified in Kings County
My Commission Expires
July 16, 2020

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

OMB Control Number: 9000-0001
Expiration Date: 1/31/2018

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (M1V1CB), Office of Acquisition Policy, GSA, Washington, DC 20405.

| STATE OF NEW YORK | SS. |
|---|---|
| COUNTY OF KINGS | |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)*<br><br>STANLEY ARISTILDE | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)*<br>c/o 1653 Brooklyn Avenue<br>Brooklyn, New York 11210 |
|---|---|
| 3. TYPE AND DURATION OF OCCUPATION<br>SURETY/LIFETIME | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)*<br>United States District Court Eastern District of New York,<br>KINGS COUNTY, BROOKLYN, NEW YORK |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED<br>*(Number, Street, City, State, ZIP Code)*<br><br>DEPOSITORY TRUST COMPANY<br>55 WATER STREET, NEW YORK NY 10041 | 6. TELEPHONE NUMBER<br>HOME -<br><br>BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

Case# 1:12-cv-02385,
see Optional Form 91 RELEASE OF PROPERTY FROM ESCROW (attached)
see Standard Form 24 BID BOND (attached) see Standard Form 25 PERFORMANCE BOND (attached)
see Standard Form 25A PAYMENT BOND (attached)
see A1819394/INS REG NO A39O49208-DHS/USCIS

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*
see SEVEN(7) ABOVE

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.
see CASE # :1:12-cv-02385,review / re-open matter for investigation pursuant June 17, 1930, ch. 497, title III, § 337, 46 Stat. 703; Proc. No. 2695, July 4, 1946, 11 F.R. 7517,60 Stat. 1352 incl' but not limited to punitive damages award to claimant ; et al JOINDER OF CLAIM(S)

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.
Case# 1:12-cv-02385,, see Optional Form 91 RELEASE OF PROPERTY FROM ESCROW (attached)
see Standard Form 24 BID BOND (attached) see Standard Form 25 PERFORMANCE BOND (attached)
see Standard Form 25A PAYMENT BOND (attached) see A1819394/INS REG NO A39O49208-DHS/USCIS

## DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where Appropriate)* |
|---|---|
| *Stanley A. E1-15* | |

### 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* | |
|---|---|---|
| MONTH 08  DAY 11  YEAR 2017 | Brooklyn, New York | Official Seal |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)*<br>JOSEPH DEGREGORIA NOTARY PUBLIC | d. SIGNATURE | e. MY COMMISSION EXPIRES<br>JULY 16, 2020 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

JOSEPH M DEGREGORIA
Registration #01DE6269999
Qualified in Kings County
My Commission Expires
July 16, 20__

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

| **PERFORMANCE BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>05/15/2014 | OMB Control Number: 9000-0045<br>Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*
Stanley Aristilde
c/o 1653 Brooklyn Avenue
Brooklyn, New York 11210

**TYPE OF ORGANIZATION** *("X" one)*
[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER *(Specify)*

STATE OF INCORPORATION
A1819394/INS REG No.A39049208

**SURETY(IES)** *(Name(s) and business address(es))*
STANLEY ARISTILDE
DEPOSITORY TRUST COMPANY
55 WATER STREET, NEW YORK NY 10041

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 05/15/2014 | 1:14-cv-03544 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal-

(a)(1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) *(Typed)* | 1. Stanley Aristilde<br>Executor / Beneficial Owner | | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. | 2. (Seal) | (Seal) |
|---|---|---|---|
| NAME(S) *(Typed)* | 1. | 2. | |

**CORPORATE SURETY(IES)**

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

| PERFORMANCE BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br>05/10/2012 | OMB Control Number: 9000-0045<br>Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)

Stanley Aristilde
c/o 1653 Brooklyn Avenue
Brooklyn, New York 11210

**TYPE OF ORGANIZATION** ("X" one)

[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER (Specify)

STATE OF INCORPORATION
A1819394/INS REG No.A39049208

**SURETY(IES)** (Name(s) and business address(es))

STANLEY ARISTILDE
DEPOSITORY TRUST COMPANY
55 WATER STREET, NEW YORK NY 10041

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|

| CONTRACT DATE<br>05/10/2012 | CONTRACT NUMBER<br>1:12-cv-02385 |
|---|---|

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal-

      (a)(1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

      (2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

      (b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. (Seal) | 2. | 3. (Seal) | (Seal) | Corporate Seal |
|---|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. Stanley Aristilde<br>Executor / Beneficial Owner | 2. | 3. | | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25 (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

| **PAYMENT BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>05/10/2012 | **OMB Control Number: 9000-0045**<br>**Expiration Date: 7/31/2019** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Stanley Aristilde<br>c/o 1653 Brooklyn Avenue<br>Brooklyn, New York 11210 | TYPE OF ORGANIZATION *("X" one)*<br><br>[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE<br>[ ] CORPORATION  [ ] OTHER *(Specify)* |
|---|---|

| | STATE OF INCORPORATION<br>A1819394/INS REG NO.A39049208 |
|---|---|

| SURETY(IES) *(Name(s) and business address(es))*<br><br>STANLEY ARISTILDE<br>DEPOSITORY TRUST COMPANY<br>55 WATER STREET, NEW YORK , NY 10041 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE<br>05/10/2012 | | CONTRACT NUMBER<br>1:14-cv-02385 | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Stanley Aristilde<br>Executor / Beneficial Owner | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | |
| NAME(S) *(Typed)* | 1. | 2. | |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

| PAYMENT BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br><br>05/15/2014 | OMB Control Number: 9000-0045<br>Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)

Stanley Aristilde
c/o 1653 Brooklyn Avenue
Brooklyn, New York 11210

**TYPE OF ORGANIZATION** ("X" one)

[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER (Specify)

**STATE OF INCORPORATION**

A1819394/INS REG NO.A39049208

**SURETY(IES)** (Name(s) and business address(es))

STANLEY ARISTILDE
DEPOSITORY TRUST COMPANY
55 WATER STREET, NEW YORK , NY 10041

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 05/15/2014 | 1:14-cv-03544 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. Stanley [signature] (Seal) | 2. [signature] (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | | | | |
| NAME(S) & TITLE(S) (Typed) | 1. Stanley Aristilde<br>Executor / Beneficial Owner | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. (Seal) | 2. (Seal) |
|---|---|---|
| SIGNATURE(S) | | |
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  STANLEY ARISTILDE _____ , of  A1819394/INS REG NO.A39049208 ____ , by a bond

(Name)                                            (Place of Residence)

for the performance of U.S. Government Contract Number        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 _____ ,

became a surety for the complete and successful performance of said contract, and Whereas said

surety has placed certain personal property in escrow

in Account Number    1:12-cv-03544 _____ on deposit

at United States District Court Eastern District of NY, KINGS COUNTY, NEW YORK ____

(Name of Financial Institution)

located at   225 Cadman Plaza East _____ , and

(Address of Financial Institution)

Whereas I, Stanley Aristilde _____ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined

that retention in escrow of the following property is no longer required to ensure further performance

of the said Government contract or satisfaction of claims arising therefrom:

see Optional Form 91 RELEASE OF PROPERTY FROM ESCROW  (attached)
see Standard Form 24 BID BOND (attached) see Standard Form 25 PERFORMANCE BOND (attached)
see Standard Form 25A PAYMENT BOND (attached)
see A1819394/INS REG NO.A39049208-DHS/USCIS

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety.  If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

United States District Court Eastern District of NY,  KINGS COUNTY           .

(Name of Financial Institution)

05/15/2014

[Date]

[Signature]  _Stanley A. El-Bey_

Seal

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 91** (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

**RELEASE OF PERSONAL PROPERTY FROM ESCROW**

Whereas   STANLEY ARISTILDE            , of  A1819394/INS REG NO.A39049208        , by a bond
              (Name)                                    (Place of Residence)
for the performance of U.S. Government Contract Number        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                    ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

      in Account Number      1:12-cv-02385                                    on deposit

at  United States District Court Eastern District of NY, KINGS COUNTY, NEW YORK
               (Name of Financial Institution)

located at   225 Cadman Plaza East                                    , and
             (Address of Financial Institution)

Whereas I, Stanley Aristilde                              , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

    see Optional Form 91 RELEASE OF PROPERTY FROM ESCROW  (attached)
    see Standard Form 24 BID BOND (attached) see Standard Form 25 PERFORMANCE BOND
    (attached)
    see Standard Form 25A PAYMENT BOND (attached)
    see A1819394/INS REG NO.A39049208-DHS/USCIS
and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety.  If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

United States District Court Eastern District of NY,  KINGS COUNTY            .
           (Name of Financial Institution)

[Date] 5/10/2012                              [Signature] _Stanley A. El-Bey_

                         Seal

OPTIONAL FORM 91  (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

| BID BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)*<br><br>05/10/2012 | OMB Control Number: 9000-0045<br>Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 25 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

Stanley Aristilde
c/o 1653 Brooklyn Avenue
Brooklyn, New York 11210

TYPE OF ORGANIZATION *("X" one)*

[X] INDIVIDUAL    [ ] PARTNERSHIP    [ ] JOINT VENTURE

[ ] CORPORATION    [ ] OTHER *(Specify)*

STATE OF INCORPORATION
A1819394/INS REG NO A39O49208

SURETY(IES) *(Name and business address)*
STANLEY ARISTILDE
DEPOSITORY TRUST COMPANY
55 WATER STREET
NEW YORK, NEW YORK 10041

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NUMBER |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | |
| | | | | | FOR *(Construction, Supplies or Services)* | CASE NO. 1:12-cv-02385 |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. *(signature)* | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | | | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. Stanley Aristilde<br>Executor / Beneficial Owner | | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. (Seal) | 2. (Seal) |
|---|---|---|
| SIGNATURE(S) | | |
| NAME(S) *(Typed)* | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

STANDARD FORM 24 (REV. 8/2016)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| BID BOND<br><br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)*<br><br>05/14/2014 | OMB Control Number: 9000-0045<br>Expiration Date: 7/31/2019 |
| --- | --- | --- |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 25 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Stanley Aristilde<br>c/o 1653 Brooklyn Avenue<br>Brooklyn, New York 11210 | TYPE OF ORGANIZATION *("X" one)*<br><br>[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE<br><br>[ ] CORPORATION  [ ] OTHER *(Specify)*<br><br>STATE OF INCORPORATION<br>A1819394/INS REG NO A39049208 |
| --- | --- |

SURETY(IES) *(Name and business address)*
STANLEY ARISTILDE
DEPOSITORY TRUST COMPANY
55 WATER STREET
NEW YORK, NEW YORK 10041

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
| --- | --- | --- | --- | --- | --- | --- |
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NUMBER |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | |
| | | | | | FOR *(Construction, Supplies or Services)* | CASE NO.  1:14-cv-03544 |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | | |
| --- | --- | --- | --- | --- | --- |
| SIGNATURE(S) | 1. *(Seal)* | | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Stanley Aristilde<br>Executor / Beneficial Owner | | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
| --- | --- | --- | --- |
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | |
| NAME(S) *(Typed)* | 1. | 2. | |

| CORPORATE SURETY(IES) | | | | | |
| --- | --- | --- | --- | --- | --- |
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>*Previous edition is NOT usable* | STANDARD FORM 24 (REV. 8/2016)<br>Prescribed by GSA - FAR (48 CFR) 53.228(a) |
| --- | --- |

*[handwritten, top left:]* U.S. Marshal may reddace claimants property ASAP!

*[handwritten, top right:]* INCOMPlete Response

Prima Facie Evidence of Dis-honor *Auto theft

UCC 3-505

**NEW YORK CITY POLICE DEPARTMENT**
**Property Clerk Division**
**11 Front Street**
**Brooklyn, NY 11201**

STANLEY ARISTILDE                    17J004501                    08/07/2017
1653 BROOKLYN AVENUE
BROOKLYN, NY 11210

Dear Sir or Madam,
The following vehicle is currently being held/stored at the New York City Police Department:

Year and Make: **2008 AUDI**         Vehicle Identification Number: **WAUDH74F88N150869**

**IT IS EXTREMELY IMPORTANT THAT YOU CONTACT THE SPRINGFIELD GARDENS AUTO POUND AT**
**174-20 North Boundary Road, Queens, NY 11430, (718) 553-9555, 9556**

Storage Number: **17J004501**           Police Officer : **NADLE**
Invoice Number: **4000504777**          PETS Number: **5154792**
Category: **ARREST EVIDENCE**           Date Of Arrest: **07/23/2017**
Precinct: **101ST PRECINCT**            Arrest Number: **Q17633443**

**ARREST EVIDENCE/FORFEITURE**

In order to retrieve your vehicle/motorcycle you must obtain a **District Attorney's Release** from the District Attorney's Property Release Unit in the borough in which the case is held. You may also be required to obtain an additional release from the Civil Enforcement Unit should your vehicle be subject to forfeiture. You must contact **both** to verify the status.

To protect your rights to a vehicle subject to forfeiture, contact the Springfield Gardens Auto Pound, 174-20 North Boundary Road, Queens, NY 11430, (718) 553-9555, 9556 or Civil Enforcement Unit and make a **Formal Demand** within one hundred twenty (120) days from case termination.

? An NYPD tow fee of $25 may be applicable. ?

**NYPD AUTO POUND ACCEPTS "EXACT CHANGE ONLY"**
**NO CHECKS, NO CREDIT CARDS ACCEPTED**

**District Attorney's Property Release Units:**
MANHATTAN         1 HOGAN PLACE, ROOM 732       (212) 335-9863
BRONX             215 EAST 161 STREET           (718) 838-6615(Hours 9am-1pm)
BROOKLYN          120 SCHERMERHORN ST RM 205B   (718) 250-3550
QUEENS            125-01 QUEENS BLVD            (718) 286-6035
STATEN ISLAND     67 TARGEE STREET             (718) 876-5735

*[handwritten:]* → New York County; Moved to District Court.

**Civil Enforcement Unit:**
2 Lafayette Street, 5th Floor (917) 454-1111

*[handwritten:]* *[See Order to Show Cause 030343 → Prima Facie Evidence of Auto Theft IN the past! ]

*[handwritten bottom:]* Certified Mail # 7013 1090 0002 1727 2729

**NON-NEGOTIABLE**          **MASS TORT CLAIM**          NYC Claim # 2011PI002168
LEX SIMPER DABIT REMEDIUM
UNITED STATES POSTAL CERTIFIED MAIL  #   7013 1090 0002 1727 2743 ;    7013 1090 0002 1727 2736 ;    7013 1090 0002 1727 2729 ; ET AL

NYS Non- UCC filing # 201605250244332 for details incl'
but not limited to Certificate of title to the Eng Legis.

*A Security (15 USC) A USSEC Tracer Flag Not a point of Law*

**AFFIDAVIT OF FACT- QUO WARRANTO  CR-030455-17QN**

**SUMMARY IN SUPPORT OF OPPOSITION TO CLAIM EXEMPTION**

# NOTICE OF ESTOPPEL INJUNCTION AND STIPULATION OF CONSTITUTIONAL CHALLENGE

Constitutional Challenge to Intervention(s); Any ORDER/
Final Decision on the Merits thereof

*FEDERAL RULES OF CIVIL PROCEEDURE Rule 18 (a) JOINDER OF CLAIMS
AND REMEDIES (a) for (2) OR MORE CLAIMS/COUNTERCLAIMS*
Request for Common Law Jurisdiction  Article III Judge
defendant(s) may respond within 72 hours

Stanley Aristilde El-Bey **Ex. Rel.** STANLEY ARISTILDE In
Propria Persona Sui Juris; **Sui Heredes**
Claimant(s)

v.

District of Columbia dba "United States" Corporation, State of
New York, County of Queens, New York City Police
Department et al including but not limited to all parties listed
additionally as CEO (s)/Proctor (s)/ Administrator (s)/ Trustees
(s)/Beneficiary(ies)/ Administrators/Trustees (s) hereafter
Respondents in the Official / Private Capacity
CR-030455-17QN ;et al
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Affidavit of Fact - Counterclaim due to violations of equal protection under
the Laws of the untied States of America.

Counterclaim (FEDERAL QUESTION) in 337 proceeding in fact

## 42 USCS 1981 "Municipality liabilities"
REQUEST FOR DEFAULT JUDGMENT ENTERED BY CLERK FRCP 55 (B) (1)
US Government of the District of Columbia [9/30] [6/30]
EIN# 536001131 [HHS] , as Defined in IRC Codes 3121(e);et al
STATE OF NEW YORK D-U-N-S #  132228052  [3/31] [12/30]
EIN# 146013200 [HHS]
IGNORANCE OF THE LAW IS NO EXCUSE
'Motion to be heard' Issuance of Writ of Execution   inadequate response See USPS CERTIFIED MAIL #  7017 1450 0000 0392 6786

Claimant / Creditor: Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE in Propria Persona Sui Juris; Sui Heredes
( Heir Apparent; 'private attorney general' )
**Free ingress and Regress**

Defendant(s) / Debtor(s) / "caveat emptor"(s)/ caveat actors (foreign AGENTS in fact): "District of Columbia" dba "United States" Corporation, State of New York a
enclave / subdivision thereof, County of Queens, New York City Police Department et al including but not limited to:

- nadle,lauren *spouse* dba "POF" NADLE,LAUREN TAX NO. 957886 OF THE 101 PRECINCT  Highway men/commercial mercenaries OF THE "NYPD"
- rosaachi,alexander *spouse* DBA "SGT" ROSASCHI, ALEXANDER TAX NO. 947436 OF THE 101 PERCINCT Highway men/commercial mercenaries OF THE "NYPD"
- padovani,brian *spouse* DBA PADOVANI,BRIAN TAX NO. 944872 OF THE 101 PERCINCT Highway men/commercial mercenaries OF THE "NYPD"
- jefferson *spouse* DBA JEFFERSON , ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK  "AP 6"
- JOHN DOE *spouse* DBA ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6" FIRST CALL FOR DOCKET # CR-030455-17QN WHICH INCLUDED rothberg,russell *spouse* DBA RUSSELL ROTHBERG ATTORNEY AT LAW 273 MERRICK ROAD LYN BROOK, NEW YORK

Let it be known :

In America/ Northwest Amexem land of the moors more than else where its exclsively to the courts, unaided by legislation, to determine the direction and place of legal adjustments. Claimant / Creditor: Stanley Aristilde El-Bey  Ex. Rel. STANLEY ARISTILDE In Propria Persona Sui Juris; Sui Heredes at Law  filed a "claim and delivery" including but not limited to prayer for relief. Being the Court of 'orignal jurisdiction' to issue writ of 'Quo Warranto' against the Respondents which required them (1) to show whether their claimed statutory powers are derived through the U.S. registered corporation known as the "STATE (estate) OF NEW YORK" (Mobocracy ; Defacto Organization), or the original STATE OF NEW YORK as defined by the Constitution of the State of New York 1777; and (2) to produce a valid certified copy of the business registration through the U.S. Securities and Exchange Commission ("U.S. SEC") permitting the Respondents the authority to conduct business within NEW YORK STATE; and (3) produce any certified true copies of the specific warrants, letters patent, writs or sign manuals by which the Respondent claims authority and jurisdiction to have lodged charges (based on hearsay ; *FED RULE OF EVIDENCE 802*) against the estate of the Claimant/ Creditor.  The Claimaint outlined in the claim the

UCC 1-207, 1-103, 1-203, 8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)          RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*

(National Domicile. "Maghrib al Aqsa" )  Western Hemisphere    North Gate.   Anglia-Belgium-Amsterdam
28 U.S.C. §§ 1446, 1447, 337(c); et al deemed executed pursuant to title 42  sec. 1981, 1982, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8  claims for unjust convictions  and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING  8 U.S.C. § 1701
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under 'home rule(s)'
LEX TERRAE

NON-NEGOTIABLE                    MASS TORT CLAIM                    NYC Claim # 2011PI002168
LEX SIMPER DABIT REMEDIUM
UNITED STATES POSTAL CERTIFIED MAIL  #  7013 1090 0002 1727 2743;    7013 1090 0002 1727 2736;    7013 1090 0002 1727 2729;  ET AL

alleged and uncontested facts in response to Color of law criminal actions,"Actions of "ASSUMSIT" *["Clam, Vi, Aut Precario"]*by the commercial mercenaries. A adequate reply requesting written proof be provided as to (1) any signed and sealed documents from the above mentioned estates granting executor, administrator or trustee powers to the Respondents; and (2) copies of any signed and sealed bona fide contracts *(Secrete)* between the parties for the disputed periods in question, including specific reference to any valuable consideration and schedule of fees for any penalty breaches; and (3) Respondents may not submit payroll records showing payments from the State ( estate) of New York to the claimaints Estate as demonstration of fictoutous ongoing "employee" status. The claimaint is not an employee of the STATE OF NEW YORK in fact. Contribution in this territory (pursuant to the claimant and 3rd party state actors,respodeat superior) additional feature of the legislation, as adopted in several states including New York, , Michigan, and Calfironia was to allow contribution only among tortfesors who had been sued to a joint judgement. 'Procedural' due process has also been challenged thru the filing of this said claim and is proved an impediment to tort reform in fact. Restrictions in this territory had the admitted disadvatage of prepetuating this claimaint's power, as at common law, to control at his whim whether the loss was to be shared or borne only by those defendants/commercial mercenaries named herein is questionable in respect to *"the master shale answer" respondeat superior*. As to its appropriateness, Quo Warranto is a "common-law writ used to inquire into the authority by which a public office is held or a franchise is claimed." *Black's Law Dictionary 1285 (8th ed. 2004)*. It is a trusim that the law of defamtion in a modern society is dominated by the need to balance its solitude for indidivual reputation against the public's interest in freedom of speech and access to information and opinion, especailly with police making unverified claims *(Leviticus 19,13)* based on there color of law training and taking it to their co-workers located in the County District Attoney's Office. The principal *common law* casualties of constitutional doctines have beed the twin torts of defamation and invasion of privacy, this is why I the claimant filed all my counterclaims *(FED RULE OF EVIDENCE 405,406)* in a Federal Venue. Therefore, one of many 'Federal Question(s)' remains, does the Respondents purport to derive their power from constitutional and statutory provisions, the claimant was forced to issue such a writ as Counterclaim. The prayer for relief is in fact valid. Joint Judgement for recovery of money or property may be registered in any other district after it becomes finial or good cause shown. There exists to date no publicly available evidence to suggest the Respondents source any legitimate power from the original 1777 constitution of the STATE OF NEW YORK, but rather from the corporation registered through the U.S (SEC) and the Internal Revenue Service (IRS) of the same name operating as a business .However, without the Respondents answering the questions, this cannot be absolutely clear. In respect to police interacting with the public (Inspector General for the NYPD) most reforms, fall short. Addressing the criticism that punitive damages have become execessive, several jurisdictions have either put a 'cap' on punitive damages or limted them to aspecified ratio to compensory damages. A substitute would be proof by 'clear and convincing evidence', a test familiar in constitutional litaigations. To the claimants atvantage, American Courts awards for non-pecuniary damages tend to be strikingly large. This could arguably be seen to relect greater sensitivity to psychic and other non-material values in a affluent and indulent society. The tort explosion, if it be such, in this generation has been question whether such rationing serve the public interest. Why are unverified claims ("Municipality liabilities") conviction rate is so high. However, Pro se/real party in interest applicants with first hand knownledge of the facts success rate so low. Ironically, serveral highly negative freatures of the current adjucticative process contribute to that desirable goal. Because the 'FRCP' do have the force of statute, their specific provisions governing execution may preempt contrary to state laws. However, most federal statutes do not provide or even deal with specific execution proceedures leaving room for the claimants to create there own remedy. They meley often directly or indirctly state law applies. [ *What-ever !]* Constitutionally and in fact of Law and judical rulings, state-federal "magistrates-judges" or any govermenat actors, may now be held liable if they violate any Citizen's Constitutional rights. A judge is not immune for tortious acts commited in a purely Administrative, non-judical capacity. *"Misprision of Treason"; "Malice"* Its 'private attorney general ' role is most evident in its traditaional core area of assault, battery, and defamation, where actual injury is often difficult to prove and where the prospect of punitive damages alone provides an incentive to pursue the aggressor.

Similarly, there is no evidence whatsoever to support the Respondents are a validly registered New York State Business esstablished for the benefit of public good and therefore permitted under commercial and criminal statutes to conduct business in New York State. Unlike virtually all other government departments, it appears the Respondents have remained steadfastly unwilling to explain how they may continue to issue any letters, writs, orders or demands against persons in New York State. Public policy strongly support settlement in the interest of clearing dockets esspecially for routine cases such as most tort claim. However, this is not a routine claim. Claimant has in fact suffered from years and years of abuse. Therefore this "SUMMARY in support of opposition to claim exemption" is valid for everyone (Caveat emptor) is accountable for his or her actions. Next are the

 UCC 1-207, 1-103, 1-203, 8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)    RESPONDEAT SUPERIOR
*Love Truth Peace Freedom & Justice*
(National Domicile. "Maghrib al Aqsa" )    Western Hemisphere    North Gate    Anglia-Belgium-Amsterdam
28 U.S.C. §§ 1446, 1447, 337(c); et al **deemed executed** pursuant to title 42 sec. 1981, **1982**, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8 claims for unjust convictions and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING    **8 U.S.C. § 1701**
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
LEX TERRAE

3



**NON-NEGOTIABLE**  MASS TORT CLAIM  NYC Claim # 2011PI002168
**LEX SIMPER DABIT REMEDIUM**
UNITED STATES POSTAL CERTIFIED MAIL  #    7013 1090 0002 1727 2743 ;    7013 1090 0002 1727 2736 ;    7013 1090 0002 1727 2729 ;  ET AL

'danger and ' nuisance' factors. Althought liablity may be far from clear, the size of damages may cause the Bonded Fiducairy Coral B Amon (former chief justice) DBA Article III Judge at District Court, Kings county to encourage the Respondants to comply and offer a generous settlement to the Claimant.  In more routine claims the prinicipal actors in the of negotiating settlements on the defense side are insurance adjusters. A large part portion of successful claimants are represented by lawyers from a fairly early stages. I suffered from countless angles of mental anguish *(Tex.Civ.App. 460, 61 S.W. 978 ; 169 S.W. 370,371)* incl' being kidnapped on several occasions;  physical and psychological trauma; et al  ALL ACTS of abuse due to state actors schemes for financial gains thur my estate, the cruel and unusual punishment while detained unlawfully will effect me for years to come. I was forced to put most if not all my commerical energy into researching, studing and filing counterclaims to the best of my ablitity. The claims are not perfect, Not One(1) BAR member *(FED RULE OF EVIDENCE 405,406, conflit of interest, laches )* would dare to defend my interest in this manner *[constitutional counterclaim(s)]*. I must be compensated *(contribution CIV. CODE ART. 3556, 1420)* for it incl' but not limited to contributory "infrigment" and "negligance" for all ultra vires, willful and gross negligence acts commited against me and my person "Estate Trust/State Agency, ARISTILDE STANLEY (STANLEY ARISTILDE) © (NYS Class-C License # 331540352 DUNS #009725043, NYSID #6456897k  US DOT # 2878754) from all state actor/commercial mercenaries *(fellow servant rule ?)* who are trained and skilled in the art of monitary gains *(James 5.4-5)* thru color of law claims. The classical theory of joint liability is that of persons *[In re McCowan (1917), 177 C. 93,170P. 1100]* acting in concert, who are held 'jointly and severally' liable for each other's acts performed pursuant to the agreement to commit tort(s)  *"Laesa Majestas"* against the Claimiant / Creditor.  Finally, the refusal of the Respondents to acknowledge the authority *[In Re Newman (1858), 9c. 502]* of the General Executor, while at the same time acknowledge the position, without providing adequate proof of how such jurisdiction over the specific above mentioned estates is ultimately derived demands clarification.

Accordingly, the Claim by Stanley Aristilde El-Bey  Ex. Rel. STANLEY ARISTILDE In Propria Persona Sui Juris; Sui Heredes  Affidavit of Fact–Accusatory Instrument and request for injunction
NOTICE OF REMOVAL TO FEDERAL COURT  is ACCEPTED and GRANTED.  Two proccedural device for a facilitating mass tort litigation deserve consideration for this said claim, consolidation and class actions.. While filing Affidavits for many of my counterclaims a district court employee kindly stated. "you moors are right but you need to come to this court with a class action suit. You will never win by yourself." *Lex non intendit aliquid impossibile*  I registered this statement as a research tool and investigated why Magistrates willfully block real parties in interest claims. Furthremore, remedy is not a menatal battle between 'we the people ' and belligerent Trustees who act outside the public interest. Because most mass torts litigation occurs before federal courts in the exercise of diversity jurisdiction, i.e actions between Citizens of different States or between a Citizen and a Alein.. To dismiss actions that counter unlawful actives is in fact breach of mandatory duty. *Amos 5.11 "eithics" "alterior motive" "socret alliances" et al* is what came to mind.. Trustees are in place to serve 'we the people'. DID THE TRUSTEES AT THE EASTERN DISTRCT OF NEW YORK QUIT THEIR JOBS IS WHAT I ASK MYSELF EVERY TIME I FILE A CLAIM. Federal Rule 23 (a) contains four prerequisites, numorsity, commonality, typicality, adequacy. According to a wide held opinion in courts, mass tort cases do not qualify best as 'class action' suits because claims for damages, contrary to injunctions in antitrust cases and like, are predicated upon the unique feartures of each indivdaul case, 'quantum of damages' Suppose that government is founded on conctract and that these powers are entrusted to persons who grossly abuse them. It is evident that resistance is lawfull, because the orginal contract has been breach. What ever be the principle of allegiance, a right of resitance must undoubtedly be lawfull. In customary international law, instances in which errors of substance have been invoked as a ground for vitiating consent on any and all documents while being unlawfully held at my facilities incl' but not limited to the A.M.K.C. ; et al all signatures were in fact done under 'force and fear'. I am in fact speaking of the providing a subsidy to economic enterprise, of ruthlessly sacrificing the individual victim's right to compensation, even of the Law as an 'engine of oppression'. Punitive damages occupy prominent place in this claim for private policy promotion, adding under–enforcement of rights as yet another important target of this protean remedy. "A fundamental change of circumstances could not be invoted it was the result of a breach by the invoking party either of the treaty or of a different international obligation owed to the other parties to the treaty."

# BILL OF COSTS

Joint Judgment having been entered in the above entitled action on against, District of Columbia dba "United States" Corporation, State of New York, County of Queens,  New York City Police Department  et al  including ut not imited to all parties listed dditionally as Feoffers / CEO (s)/ "Caveat emptor"(s)/ Profitor (s)/ Administrator (s)/ Trustees (s)/ Beneficiary(ies)/ Administrator(s)/ Trustees (s) hereafter Respondents in the Official / Private Capacity

Date _____        The Clerk is requested to tax the following as costs.

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . | $ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | $ |
| *Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |

 UCC 1-207, 1-103, 1-203, 8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)            RESPONDEAT SUPERIOR

*Love Truth Peace Freedom & Justice*

(National Domicile. "Maghrib al Aqsa" )  Western Hemisphere    North Gate   Anglia-Belgium-Amsterdam
28 U.S.C. §§ 1446, 1447, **337(c);** et al **deemed executed** pursuant to title 42 sec. 1981, **1982**, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8 claims for unjust convictions and imprisonment ; et al
**Truth A-1 AA222141 (142 & 143):** AUTOCHTHON and AUTONOMUS STANDING  **8 U.S.C. § 1701**
We the People the true Sovereign Authority have a right to bring Peoples' **oversight** any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
**LEX TERRAE**

 

**NON-NEGOTIABLE**    MASS TORT CLAIM    NYC Claim # 2011PI002168
**LEX SIMPER DABIT REMEDIUM**
UNITED STATES POSTAL CERTIFIED MAIL  #   7013 1090 0002 1727 2743 ;    7013 1090 0002 1727 2736 ;    7013 1090 0002 1727 2729 ; ET AL

NOTICE OF ESTOPPEL INJUNCTION AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL NEW YORK STATE AND FEDERAL STATUTES WHERE ( Isaiah 10: 1-4) No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; AND MOTION TO INTERVENE WITH AN INJUNCTION FOR Claimant / Creditor: Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE in Propria Persona Sui Juris; Sui Heredes d/b/a ARISTILDE STANLEY (STANLEY ARISTILDE) © registered agent for entity in secretary of State of the State of New York as its agent upon whom a Notice of Claim against the public corporation may be served see USPS Certified Mail # 7013 1090 0002 1727 2682 *Exodus 6; 6 " Wherefore any vnto the children of Israel, I am the Lord, and I will bring you out for vnder the burdens of the Egyptians, and I will rid you out of the their bondage ; and will redeeme you with a stretched out arme, and with great judgements.* | 14ᵗʰ Amendment is special law (private law). I never consented in writing to be a 14ᵗʰ amendment citizen.

1.  Joint Judgment for  $_____ must be entered on in the docket of the action titled above or for its Review Docket in favor of Stanley Aristilde El-Bey Ex. Rel. ARISTILDE STANLEY (STANLEY ARISTILDE) © as Judgment Creditor and against the State of New York, County of Queens, New York City Police Department ; et al including but not limited to all parties listed additionally as Feoffers / CEO (s)/Profitor (s)/ Administrator (s)/ Trustees (s)/Beneficiary(ies)/ Administrator(s)/ Trustees (s) hereafter in the Official / Private Capacity ; et al [ United States as Defined in IRC Codes 3121(e) ]  as judgment Debtor(s).

2.  This Joint Judgment was registered under Public Law. 85–508, § 12 (o), July 7, 1958, 72 Stat. 349; Public Law. 100–702, title X, § 1002(a), (b)(1), Nov. 19, 1988, 102 Stat. 4664, being a Judgment that was obtained in Civil Case No._____ In the Administrative Courts of the United States / United States District Court for the Eastern District of New York and which has become FINAL.

3.  I am the Judgment Creditor, and request issuance of a Writ of Execution on the Joint Judgment (s).

4.  ACCRUED since the entry of Joint Judgment are the following sums: $_____ accrued, $_____ accrued costs.

5.  CREDIT must be given for payments and partial satisfactions in the total amount of: $_____, which is to be first credited against the judgment as entered still remaining due and bearing interest as _____ % in the amount of $_____ per day from this date.

6.  The Joint Judgment is also for the title and possession of the following described property or for stated value in the event delivery cannot be had: _____. The judgment is for the additional sum of $_____ as _____, at percent per annum, together with the costs of court as shown in the Clerk's order of _____

7.  THEREFORE, YOU ARE COMMANDED to seize the stolen described property pursuant to "AFFIDAVIT OF FACT-ACCUSATORY INSTRUMENT AND REQUEST FOR INJUNCTION NOTICE OF REMOVAL TO FEDERAL COURT" from the "persons known to the plaintiff to have or claim an interest in the property" / "Unknown Conspirators" AND deliver possession of it to Stanley Aristilde El-Bey Ex. Rel. STANLEY ARISTILDE  In Propria Persona Sui Juris; Sui Heredes or a Designee. In the event the property or any part of it cannot be found or is unavailable so that delivery cannot be made, then out of any property belonging to United States of America Corporation, State of New York, Anna M. Kross Correctional Facility, including but not limited to all parties listed additionally as CEO (s)/Profitor (s)/ Administrator (s)/ Trustees (s)/Beneficiary(ies)/ Administrator(s)/ Trustees (s)/ Privateer(s)/ Agent(s) nadle,lauren *spouse* dba "POF" NADLE,LAUREN TAX NO. 957886 rosaachi,alexander *spouse* DBA "SGT" ROSASCHI, ALEXANDER TAX NO. 947436 padovani,brian *spouse* DBA PADOVANI,BRIAN TAX NO. 944872" jefferson *spouse* DBA JEFFERSON *spouse*, ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6" JOHN DOE *spouse* DBA ADMINSTRATIVE LAW JUDGE OF THE CRIMINAL COURT OF THE CITY OF NEW YORK "AP 6" FIRST CALL FOR DOCKET # CR-030455-17QN  WHICH INCLUDED Rothberg,russell *spouse* DBA RUSSELL ROTHBERG ATTORNEY AT LAW 273 MERRICK ROAD LYN BROOK, NEW YORK ; et al the  Judgment Debtor(s), subject to execution, cause to be made $_____ with interest from _____, at _____ percent per annum from _____, together with the costs of court and costs of executing the writ.

8.  To secure the financial funds the Commissioner of any Corporation who Foreign AGENT(S)/Privateer(s) is in debt for the unlawful activities while engaged in Commerce, the oath and bond including the insurance carrier of the Commissioner and  AGENT(s)/Privateer(s) must be provided. [ Pursuant to the Organic State and Federal Constitution including but not limited to the Political Code of the State of York Chapter VI, Article V, sections 210-220; et al ] Any debt obligation(s) not fully covered by the insurance carrier the Foreign AGENT / Privateer / commercial mercenary / BAR Member (*Esquire*) will be liable in his/her private capacity.

 UCC 1-207, 1-103, 1-203, 8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)    RESPONDEAT SUPERIOR

*Love Truth Peace Freedom  &  Justice*

(National Domicile: "Maghrib al Aqsa" )    Western Hemisphere    North Gate,    Anglia-Belgium-Amsterdam
28 U.S.C. §§ 1446, 1447, **337(c)**; et al **deemed executed** pursuant to title 42 sec. 1981, **1982**, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8 claims for unjust convictions and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING  **8 U.S.C. § 1701**
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
**LEX TERRAE**



**NON-NEGOTIABLE**          **MASS TORT CLAIM**          NYC Claim # 2011PI002168
**LEX SIMPER DABIT REMEDIUM**
UNITED STATES POSTAL CERTIFIED MAIL  #   7013 1090 0002 1727 2743 ;     7013 1090 0002 1727 2736 ;     7013 1090 0002 1727 2729 ;  ET AL

Remedies:  the commission authorized to grant include: cease and desist orders.

In reference to the Defendant(s) / Debtor(s) / 'Caveat emptor'(s)/ caveat actors (foreign AGENTS ) making any such claim or allegations must notify the other party (Creditor/Claimant)  Measures which it proposed to take with respect to treaty and the grounds there of. SPECIFIC GROUNDS FOR INVALIDATING CONSENT TO BE BOUND; (1) VIOLATION OF CERTAIN PROVISIONS OF INTERNAL LAW REGRADING COMPETENCE TO CONCLUDE TREATIES. (2) Error (3) FRUAD (4) CORRUPTION OF A REPRESENTATIVE OF STATE. I did not file a claim against any Magistrate at Federal Court of Kings County, New York City. The Assignee is in fact liable for ALL acts committed after the filing of any counterclaim by the Creditor/ Claimant. Answering and Dismissing claims are outside the limited liability of the Assignee.  *Exodus 23; 1* Thou shalt not raise a report: put not thine hand with the wicked to bee an unrighteous witnesse.

- *Ezekiel 18,20 , As for his father, because hee cruelly oppressed, spoiled his brother by violence, and did that which is not good among his people, loe, even he shall die in his iniquitie* If a right in property is actually vested, constitutional guaranties protect it from such retrospective legislation as would impair it, 20 Am Jur 2d, Sec 6., p. 76

TOTAL AMOUNT due (FULL SATIFACTION OF CLAIMS) $ _____          *Rule 18 (o) JOINDER OF CLAIMS*
TRUSTEE(S) MAY SERVE COMPLIMENTARY COPY OF THIS SAID WRIT TO ALL STATE ACTORS LISTED /UNLSTED (TUNC PRO TUNC)
LEX PUNIT MENDACIUM

*SPECIAL NOTE* Article III judge may itemize each violation *[Lex Succurrit Ingoranti]* by tallying ALL ACTIONS committed by the all state actors. Itemization may result in total amount due to the Plaintiff / Creditor for redress for punitive damages; et al. For chance medley a man forfeits his goods, but he has the power of suing for them again and of obtaining pardon. jus cogens and the settlement of disputes If no party had raised a lawfull objection within a period of three month the party making the notification might carry out the measure which it had proposed.. See counterclaim (deemed common law counterclaims to ex po facto claims)  for  2012NY005201, 2013KN004754, 2013KN11913, 2013KN088090., 1.13 cv 1213, 1.13 cv 2956,, 1.13 cv 6351 1.14-cv 3544 ; et al and all their appeals [ joinder of claims *coram nobis, coram non judice*] & Quitclaim Deed Allodial Al Seisin in Deed incl' but not limited to 'petition to release escheated lands'; et al. [ ALL deemed discovery in fact pursuant to the right to contract as Natural Heir Apparent ( IN FULL LIFE) to the land (ITC Rule 210.27-210.32, ITC Rules 210.52-210.69)] A material breach of multilateral treaty by one of the parties entitles the other party(ies) of the treaty in whole or in part or to terminate it either in relations between themselves and the defaulting State *( Deuteronomy 32, 28)* or generally. "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never passed" *Norton v. Shelby County, 118 U.S. 425*

Note to Respondents.

- I accept ALL charges under the condition that I am not the Beneficiary of the Estate Trust/ state agency.
- I'm confused, the tax liability on the carry over for the criminal actions, is the payee responsible?
- The financial transactions are not GIFTS.
- Specific Performance Respondents and their AGENTS must have BONDS in place as SURETY to commence any criminal action. Who is furnishing the SURTY BONDS?  Leads me to think is reason BAR members will not counterclaim!
- The Caveat emptor'(s)/ caveat actors (foreign AGENTS) making any such claim or allegations are not DEBT collectors. 18 U.S. Code § 1956 -- Laundering of monetary instruments 27 sec 280 -- Corporation must have exemption letter from IRS in Puerto Rico     Aug. 16, 1954, ch. 736, 68A Stat. 851; Pub. L. 97–248, title III, § 329 (a), Sept. 3, 1982, 96 Stat. 618.
- No evidence can be required to prove the existence of a fact which must have happened according to any general law or other public matter which the courts are bound to notice. *Canal Company v. Railroad Company, 4 Gill & John 7*

Taxation of Costs for full satisfaction of Claim(s)

The Trustee(s) is to settle ALL ACCOUNT(s) and pay the proceeds to the Heir Apparent; 'private attorney general'.. i.e. claimant

Costs are taxed in the amount of and included in the 'joint judgment'.

(STANLEY ARISTILDE) ARISTILDE STANLEY tax exempt #  AA222141
(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 945; Pub. L. 99–514, § 2, Oct. 22, 1986, 100 Stat. 2095.)

It is my intent, through use of these GSA forms, to provide the remedy to settle and close the case and all associated accounts

CHRONOS: **8/13/2017**

Signature of the General Executor / Beneficiary of the Estate Trust / STATE AGENCY in full life

By: _____
Corpus Delicti / A Free Moor / General Executor / Beneficiary / Appellant in Propria Persona Sui Juris Sui Heredes ALL RIGHTS RESERVED

Bond Number **SAELBEYOB0002** United States Post
Office Registered Mail Number **RE938611973US**

UCC 1-207, 1-103, 1-203, 8-103 Counterclaim/ Request for Default Judgment Entered by Clerk FRCP 55 (b) (1)          RESPONDEAT SUPERIOR

*Love Truth Peace Freedom & Justice*

(National Domicile. "Maghrib al Aqsa")    Western Hemisphere    North Gate,    Anglia-Belgium-Amsterdam
28 U.S.C. §§ 1446, 1447, **337(c)**; et al **deemed executed** pursuant to title 42 sec. 1981, **1982**, 1983, 1985 et al
see NYS Consolidated Laws Court of Claims act section 8 claims for unjust convictions and imprisonment ; et al
Truth A-1 AA222141 (142 & 143): AUTOCHTHON and AUTONOMUS STANDING   **8 U.S.C. § 1701**
We the People the true Sovereign Authority have a right to bring Peoples' oversight any time it is required under the Law of Necessity
Operating in a "safe zone" under "home rule(s)"
**LEX TERRAE**